KENNETH B. WILSON (SBN 130009)
ken@coastsidelegal.com
COASTSIDE LEGAL
455 1st Avenue
Half Moon Bay, California 94019
Telephone:     (650) 440-4211

Attorneys for Defendant
REDBUBBLE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LTTB LLC, a California limited liability company,<br><br>                    Plaintiff,<br><br>     v.<br><br>REDBUBBLE INC.,<br><br>                    Defendant. | CASE NO. 3:18-CV-00509-RS<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANT REDBUBBLE INC. LEAVE TO FILE AMENDED ANSWER TO PLAINTIFF'S COMPLAINT** |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 15(a)(2), plaintiff LTTB LLC and defendant Redbubble Inc. hereby stipulate and agree that Redbubble should be granted leave to file an Amended Answer to Plaintiff's Complaint, a copy of which is attached to this Stipulation and [Proposed] Order as Exhibit A.

Dated: May 24, 2018        SKAGGS FAUCETTE LLP

By:  /s/ Jeffrey E. Faucette
     JEFFREY E. FAUCETTE

Attorneys for Plaintiff
LTTB LLC

Dated: May 24, 2018        COASTSIDE LEGAL

By:  /s/ Kenneth B. Wilson
     KENNETH B. WILSON

Attorneys for Defendant
REDBUBBLE INC.

## ORDER

Pursuant to Stipulation of the parties, IT IS HEREBY ORDERED that defendant Redbubble Inc. is granted leave to file the Amended Answer to Plaintiff's Complaint that is attached to this Stipulation and Order as Exhibit A.

IT IS SO ORDERED.

Dated: May ___, 2018

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge

## ATTESTATION PURSUANT TO LR 5-1(i)(3)

I, Kenneth B. Wilson, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANT REDBUBBLE INC. LEAVE TO FILE AMENDED ANSWER TO PLAINTIFF'S COMPLAINT. I hereby attest that concurrence in the filing of this document has been obtained from the other Signatory.

Dated:  May 24, 2018                                    COASTSIDE LEGAL

                                                        By:   /s/ Kenneth B. Wilson
                                                              KENNETH B. WILSON