Kenneth B. Wilson (SBN 130009)
COASTSIDE LEGAL
455 1st Avenue
Half Moon Bay, California 94019
Telephone: (650) 440-4211
ken@coastsidelegal.com

Joshua M. Masur (SBN 203510)
ZUBER LAWLER & DEL DUCA LLP
2000 Broadway Street, Suite 154
Redwood City, California 94063
Telephone: (650) 434-8538
Facsimile: (213) 596-5621
jmasur@zuberlaw.com

Attorneys for Defendant
REDBUBBLE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LTTB LLC, a California limited liability company,<br><br>             Plaintiff,<br><br>   v.<br><br>REDBUBBLE INC.,<br><br>             Defendant. | CASE NO. 3:18-CV-00509-RS<br><br>**DECLARATION OF KENNETH B. WILSON IN SUPPORT OF DEFENDANT REDBUBBLE INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: June 13, 2019<br>Time: 1:30 p.m.<br>Before: The Honorable Richard Seeborg |

I, Kenneth B. Wilson, declare:

1. I am an attorney with the law firm of defendant Coastside Legal, counsel of record for defendant Redbubble Inc. I have personal knowledge of the facts set forth in this Declaration and can

-1-
DECLARATION OF KENNETH B. WILSON IN SUPPORT OF
DEFENDANT REDBUBBLE INC.'S MOTION FOR SUMMARY JUDGMENT (Case No. 3:18-CV-00509-RS)

1    testify competently to those facts.

2        2.    Attached to this Declaration as Exhibit A is a true and correct copy of pages from the
3    U.S. Patent and Trademark Office website reflecting the product specimen submitted by Elektra
4    Printz Gorski ("Gorski") in connection with her original October 3, 2011 federal trademark
5    application for "Lettuce Turnip the Beet." The following is a link to the Trademark Office website
6    docket page:
7    http://tsdr.uspto.gov/#caseNumber=85437835&caseType=SERIAL_NO&searchType=statusSearch .
8    And the following is the Trademark Office link to the October 3, 2011 specimen filing:
9    http://tsdr.uspto.gov/documentviewer?caseId=sn85437835&docId=SPE20111006072812#docIndex=
10   22&page=1 .

11       3.    Attached to this Declaration as Exhibit B is a true and correct copy of pages from the
12   U.S. Patent and Trademark Office website reflecting the Trademark Office's January 22, 2012 Office
13   Action. The following is a link to those pages from the Trademark Office website:
14   http://tsdr.uspto.gov/documentviewer?caseId=sn85437835&docId=OOA20120122125934#docIndex
15   =21&page=1 .

16       4.    Attached to this Declaration as Exhibit C is a true and correct copy of pages from the
17   U.S Patent and Trademark Office website reflecting Gorski's July 20, 2012 response to the January
18   22, 2012 Office Action. The following is a link to those pages from the Trademark Office website:
19   http://tsdr.uspto.gov/documentviewer?caseId=sn85437835&docId=ROA20120720203431#docIndex
20   =19&page=1

21       5.    Attached to this Declaration as Exhibit D is a true and correct copy of selected pages
22   from the Rule 30(b)(6) deposition of LTTB LLC, which was conducted on February 28, 2019.

23       6.    Attached to this Declaration as Exhibit E is a true and correct copy of LTTB's
24   Amended Responses to Redbubble's First Set of Interrogatories.

25       7.    Attached to this Declaration as Exhibit F is a true and correct copy of LTTB's
26   Responses to Redbubble's Second Set of Interrogatories.

27       8.    Attached to this Declaration as Exhibit G is a true and correct copy of pages from the
28   U.S. Patent and Trademark Office website entitled "'Ornamental' Refusal and How to Overcome this

Refusal." The following is a link to those pages from the Trademark Office website: https://www.uspto.gov/trademark/laws-regulations/ornamental-refusal-and-how-overcome-refusal-0 .

9. Attached to this Declaration as Exhibit H is a true and correct copy of Plaintiff LTTB LLC's Initial Disclosures, which were served on May 3, 2018. LTTB never supplemented these Disclosures.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and information.

Executed this 29th day of April, 2019 at Half Moon Bay, California.


           */s/ Kenneth B. Wilson*
           Kenneth B. Wilson