# EXHIBIT 10

**INDIVIDUAL COUNTERFEIT PACKAGES RECEIVED FROM
ON-DEMAND PRINTERS, 2016 - 2019**





**% OF TOTAL COUNTERFEIT PACKAGES RECEIVED
FROM EACH ON-DEMAND PRINTER
2016 - 2019**



**% OF TOTAL COUNTERFEIT PACKAGES RECEIVED
FROM ON-DEMAND PRINTERS
2016 - 2019**



**# OF TOTAL COUNTERFEIT PACKAGES RECEIVED
FROM ON-DEMAND PRINTERS
2016 - 2019**





# OF COUNTERFEIT PACKAGES
RECEIVED FROM ON-DEMAND PRINTERS
2016 - 2019

SKREENED (1)
TEEPUBLIC (1)
SUNFROG (2)
ZAZZLE (2)
SOCIETY6 (3)
TEESPRING (7)    CAFEPRESS (6)
REDBUBBLE (37)