JEFFREY E. FAUCETTE (No. 193066)
SKAGGS FAUCETTE LLP
One Embarcadero Center, Suite 500
San Francisco, California 94111
Telephone: (415) 315-1669
Facsimile: (415) 433-5994
E-mail: jeff@skaggsfaucette.com

Attorneys for Plaintiff LTTB LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LTTB LLC, a California limited liability company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>　　　　Defendant. | Case No.: 3:18-cv-509-RS<br><br>**DECLARATION OF JEFFREY E. FAUCETTE IN SUPPORT OF PLAINTIFF LTTB LLC'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANT REDBUBBLE'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date Action Filed: January 23, 2018<br><br>Hearing:　June 13, 2019<br>Time:　　1:30 p.m.<br>Place:　　Courtroom 3, 17th Floor<br>Judge:　　Hon. Richard Seeborg |

DECLARATION OF JEFFREY E. FAUCETTE:　　　　　　　　　　　　　　CASE NO. 3:18-cv-509-RS

I, Jeffrey E. Faucette, declare as follows:

1. I am counsel of record to Plaintiff LTTB, LLC ("LTTB") in the above-captioned action. I make this declaration in support of Plaintiff LTTB, LLC's Motion for Summary Judgment and in opposition to Defendant Redbubble, Inc.'s Motion for Summary Judgment. Unless otherwise stated, I have personal knowledge of the facts stated in this declaration. If called upon to do so, I could and would competently testify to the facts stated herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the Deposition of Redbubble, Inc. through its designated representative James N. Toy.

3. Attached hereto as Exhibit 2 is a true and correct copy of a document produced by Redbubble in this litigation (Bates numbered BATES004267-4293) and marked as Exhibit 16 to the deposition of Redbubble.

4. Attached hereto as Exhibit 3 are true and correct copies of documents produced by Redbubble in this litigation. These documents were marked as Exhibit 25 to the deposition of Redbubble, and counsel for Redbubble stipulated to their admissibility during the deposition. The documents have been reordered to chronological order rather than Bates number order.

5. Attached hereto as Exhibit 4 is a true and correct copy of an order issued recently in *Williams-Sonoma, Inc. v. Amazon.com, Inc.*, No. 18-cv-07548-EDL, 4-6 (N.D. Cal. May 2, 2019). This order is not yet available on Westlaw.

6. Attached hereto as Exhibit 5 is a true and correct copy of Redbubble's Annual Report 2018 which I downloaded from the internet.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of May, 2019.

                                                                   /s/
                                    Jeffrey E. Faucette

