# EXHIBIT 3

# #108122 serious trademark infringement - LETTUCE TURNIP THE BEET(R)

| Submitted | Received via | Requester |
|---|---|---|
| May 17, 2013, 13:49 | Web Service | Elektra Printz <elektraprintz@gmail.com> |

| Status | Priority | Group | Assignee |
|---|---|---|---|
| Closed | - | Content | Jenny Greenhough |

---

**Elektra Printz**  May 17, 2013, 13:49

Hello Redbubble Legal,

Please, immediately cease and desist the sale of the trademark infringing shirt listed below which pulls up 1st in Google search results, causing serious damage to my brand and loss of sales.

1. I have attached a digital file of my signature.
2. I am the owner of the LETTUCE TURNIP THE BEET® trademark (#4297108).
3. Identification of the infringing material:

-
http://www.redbubble.com/people/areliablesource/works/10291871-lettuce-turnip-the-beet-white?country_code=US&p=t-shirt&utm_campaign=shopping&utm_medium=google_products&utm_source=google&gclid=CLu7juz_nbcCFSEV7AodrxEAOg

1. Elektra Printz Gorski, 815 W. 181st Street, Apt. 4H, NY, NY 10033, cell: 347-376-2367; Owner LETTUCE TURNIP THE BEET® brand
2. I believe in good faith that the material cited above is not authorized by the intellectual property or copyright owner, its agent, or the law
3. I certify under penalty of perjury that the information provided is accurate and that as the owner of the cited trademark, I am authorized to make the complaint.

Sincerely,

Elektra

Owner, LETTUCE TURNIP THE BEET® brand

www.coup.etsy.com

---

**System**  May 17, 2013, 13:49                                        Internal note

Discussion was added to ¿I.P. queue

---

**keegan@redbubble.com**  May 17, 2013, 15:21                          Internal note

http://support.redbubble.com/discussions/dmca/56449-re-serious-trademark-infringement-lettuce-turnip-the-beetr-additional-links-to-infringing-products-added

---

**keegan@redbubble.com**  May 17, 2013, 15:21                          Internal note

The discussion has been closed.

---

**keegan@redbubble.com**  May 20, 2013, 13:42                          Internal note

http://support.redbubble.com/discussions/dmca/56664-serious-ongoing-trademark-infringement-cease-and-desist

---

Support Software by **Zendesk**

**BATES003662**

CONFIDENTIAL

## #107983 Re: serious trademark infringement - LETTUCE TURNIP THE BEET(R) - additional links to infringing products added

**Submitted**
May 17, 2013, 13:56

**Received via**
Web Service

**Requester**
Elektra Printz <elektraprintz@gmail.com>

**Status**
Closed

**Priority**
-

**Group**
Content

**Assignee**
Jenny Greenhough

---

**Elektra Printz**  May 17, 2013, 13:56

There are many additional shirt colors/styles that are pulling up in Google search results, so I have added a few more of those links below....

On Fri, May 17, 2013 at 4:49 PM, Elektra Printz <elektraprintz@gmail.com>wrote:

> Hello Redbubble Legal,
>
> Please, immediately cease and desist the sale of the trademark infringing
> shirt listed below which pulls up 1st in Google search results, causing
> serious damage to my brand and loss of sales.
>
> 1. I have attached a digital file of my signature.
> 2. I am the owner of the LETTUCE TURNIP THE BEET® trademark (#4297108).
> 3. Identification of the infringing material:
>
>

http://www.redbubble.com/people/areliablesource/works/10291878-lettuce-turnip-the-beet-blue?country_code=US&p=t-shirt&utm_campaign=shopping&utm_medium=google_products&utm_source=google&gclid=CMPDw-yCnrcCFSho7AodDisAeg

http://www.redbubble.com/people/areliablesource/works/10291888-lettuce-turnip-the-beet-green?country_code=US&p=t-shirt&utm_campaign=shopping&utm_medium=google_products&utm_source=google&gclid=CLm30Y6DnrcCFYFQ7AodSSsAAw

http://www.redbubble.com/people/areliablesource/works/10085001-lettuce-turnip-the-beet?p=t-shirt

> -
> http://www.redbubble.com/people/areliablesource/works/10291871-lettuce-turnip-the-beet-white?country_code=US&p=t-shirt&utm_campaign=shopping&utm_medium=google_products&utm_source=google&gclid=CLu7juz_nbcCFSEV7AodrxEAOg
>
>
>
>
> 1. Elektra Printz Gorski, 815 W. 181st Street, Apt. 4H, NY, NY
> 10033, cell: 347-376-2367; Owner LETTUCE TURNIP THE BEET® brand
> 2. I believe in good faith that the material cited above is not
> authorized by the intellectual property or copyright owner, its agent, or
> the law
> 3. I certify under penalty of perjury that the information provided is
> accurate and that as the owner of the cited trademark, I am authorized to
> make the complaint.
>
> Sincerely,
>
> Elektra
>
> Owner, LETTUCE TURNIP THE BEET® brand
>
> www.coup.etsy.com
>

BATES003660

---

**System**  May 17, 2013, 13:56                                                                    Internal note

Discussion was added to ¿I.P. queue

---

**keegan@redbubble.com**  May 17, 2013, 15:20                                                      Internal note

http://support.redbubble.com/discussions/dmca/56447-serious-trademark-infringement-lettuce-turnip-the-beetr

---

**keegan@redbubble.com**  May 17, 2013, 15:21

Dear Elektra,

Thank you for contacting Redbubble. We are looking into your concerns and will be in contact with you again shortly.

Regards,
Redbubble Content Team

---

**keegan@redbubble.com**  May 17, 2013, 15:21                                                      Internal note

Forwarded to Corina

---

**keegan@redbubble.com**  May 17, 2013, 15:21                                                      Internal note

Discussion was removed from ¿I.P. queue

---

**keegan@redbubble.com**  May 17, 2013, 15:21                                                      Internal note

Discussion was added to ¿I.P. - Reviewed queue

---

**keegan@redbubble.com**  May 20, 2013, 13:41                                                      Internal note

http://support.redbubble.com/discussions/dmca/56664-serious-ongoing-trademark-infringement-cease-and-desist

---

**keegan@redbubble.com**  May 20, 2013, 14:14                                                      Internal note

The discussion has been closed.

---

Support Software by **Zendesk**

## 🥬 #108101 serious trademark infringement - LETTUCE TURNIP THE BEET(R) - additional link to infringing product

---

| **Submitted** | **Received via** | **Requester** |
|---|---|---|
| May 17, 2013, 15:33 | Web Service | Elektra Printz <elektraprintz@gmail.com> |

| **Status** | **Priority** | **Group** | **Assignee** |
|---|---|---|---|
| Closed | - | Content | Jenny Greenhough |

---

**Elektra Printz**  May 17, 2013, 15:33

Hello Redbubble Legal,

Please, immediately cease and desist the sale of the infringing product
listed below, and all others using my LETTUCE TURNIP THE BEET® trademark.
This is one of many products I have emailed you the links to today.

1. I have attached a digital file of my signature.
2. I am the owner of the LETTUCE TURNIP THE BEET® trademark ([#4297108](#)).
3. Identification of the infringing material:

-
http://www.redbubble.com/people/areliablesource/works/10291891-lettuce-turnip-the-beet-rasta?country_code=US&p=t-shirt&utm_campaign=shopping&utm_medium=google_products&utm_source=google&gclid=CMfO6q6XnrcCFUqZ4AodtScAbA

4. Elektra Printz Gorski, 815 W. 181st Street, Apt. 4H, NY, NY 10033, cell:
347-376-2367; Owner LETTUCE TURNIP THE BEET® brand
5. I believe in good faith that the material cited above is not authorized
by the intellectual property or copyright owner, its agent, or the law
6. I certify under penalty of perjury that the information provided is
accurate and that as the owner of the cited trademark, I am authorized to
make the complaint.

Sincerely,

Elektra
Owner, LETTUCE TURNIP THE BEET® brand

---

**System**  May 17, 2013, 15:33                                          *Internal note*

Discussion was added to ¿I.P. queue

---

**keegan@redbubble.com**  May 17, 2013, 16:11                            *Internal note*

Fowarded to Corina

---

**keegan@redbubble.com**  May 17, 2013, 16:13                            *Internal note*

Discussion was removed from ¿I.P. queue

---

**keegan@redbubble.com**  May 17, 2013, 16:13                            *Internal note*

Discussion was added to ¿I.P. - Reviewed queue

---

**Content Team**  May 19, 2013, 20:11

Dear Elektra,

Thank you for contacting Redbubble. We are looking into your concerns and will be in contact with you again shortly.

Regards,
Redbubble Content Team

---

**BATES003658**

**keegan@redbubble.com**  May 20, 2013, 13:41                                                Internal note

http://support.redbubble.com/discussions/dmca/56664-serious-ongoing-trademark-infringement-cease-and-desist

Support Software by **Zendesk**

**BATES003659**

## #108291 ongoing trademark infringement - 2nd notice

---

**Submitted**               **Received via**   **Requester**
May 23, 2013, 23:34        Web Service      Elektra Printz <elektraprintz@gmail.com>

**Status**   **Priority**   **Group**   **Assignee**
Closed       -              Content     Jenny Greenhough

---

**Elektra Printz**  May 23, 2013, 23:34

Hello Redbubble Legal Team,

You said last week that you had 'removed' all infringing products from your
site with my mark LETTUCE TURNIP THE BEET®, but I found more today.....Here
is my second notice. Please, immediately remove the infringing products
before this holiday weekend, meaning by the end of today, Friday, May 24,
2013.

1. I have attached a digital file of my signature.
2. I am the owner of the LETTUCE TURNIP THE BEET® trademark (#4297108).
3. Identification of the infringing material:

-
http://www.redbubble.com/people/curtisblack72/works/10211666-lettuce-turnip-the-beet?country_code=US&p=t-shirt&utm_campaign=shopping&utm_medium=google_products&utm_source=google&gclid=CLTjo46OrrcCFcyf4AodNRkAVQ(I
have class 25 for apparel)
-
http://www.redbubble.com/people/curtisblack72/works/10211666-lettuce-turnip-the-beet?p=sticker(I
have class 16, which includes bumper stickers and other printed
matter)
-
http://www.redbubble.com/people/lettuceleaf/works/9329810-lettuce-turnip-the-beets(my
mark should not be used to sell the shirt, even if it is not directly
printed on the shirt)

4. Elektra Printz Gorski, 815 W. 181st Street, Apt. 4H, NY, NY 10033, cell:
347-376-2367; Owner LETTUCE TURNIP THE BEET® brand
5. I believe in good faith that the material cited above is not authorized
by the intellectual property or copyright owner, its agent, or the law
6. I certify under penalty of perjury that the information provided is
accurate and that as the owner of the cited trademark, I am authorized to
make the complaint.

Sincerely,

Elektra
Owner, LETTUCE TURNIP THE BEET® brand

Attachment: signature file (#1 of DMCA)

---

**System**  May 23, 2013, 23:34                                    Internal note

Discussion was added to ¿I.P. queue

---

**keegan@redbubble.com**  May 24, 2013, 10:36

Dear Elektra,

Thank you for contacting Redbubble. We are looking into your concerns and will be in contact with you again shortly.

Regards,
Redbubble Content Team

BATES003667

**keegan@redbubble.com**  May 24, 2013, 10:36

Discussion was removed from ¿I.P. queue

Internal note

---

**keegan@redbubble.com**  May 24, 2013, 10:36

Discussion was added to ¿I.P. - Reviewed queue

Internal note

---

**keegan@redbubble.com**  May 24, 2013, 10:36

Forwarded to Corina

Internal note

---

**Elektra Printz**  May 24, 2013, 12:05

Hello Redbubble Legal Team,

I just checked, and the infringing products are still listed online
actively for sale....Please, immediately remove the infringing products
before this holiday weekend, meaning by the end of today, Friday, May 24,
2013. I do not want them clouding the Google search results over the long
holiday weekend! It confuses my customers and I am losing sales due to your
illegal merchandise.

1. I have attached a digital file of my signature.
2. I am the owner of the LETTUCE TURNIP THE BEET® trademark (#4297108).
3. Identification of the infringing material:

http://www.redbubble.com/people/curtisblack72/works/10211666-lettuce-turnip-the-beet?country_code=US&p=t-shirt&utm_campaign=shopping&utm_medium=google_products&utm_source=google&gclid=CLTjo46OrrcCFcyf4AodNRkAVQ
(I
have class 25 for apparel)
-
http://www.redbubble.com/people/curtisblack72/works/10211666-lettuce-turnip-the-beet?p=sticker
(I
have class 16, which includes bumper stickers and other printed matter)
-
http://www.redbubble.com/people/lettuceleaf/works/9329810-lettuce-turnip-the-beets
(my
mark should not be used to sell the shirt, even if it is not directly
printed on the shirt)

4. Elektra Printz Gorski, 815 W. 181st Street, Apt. 4H, NY, NY 10033, cell:
347-376-2367; Owner LETTUCE TURNIP THE BEET® brand
5. I believe in good faith that the material cited above is not authorized
by the intellectual property or copyright owner, its agent, or the law
6. I certify under penalty of perjury that the information provided is
accurate and that as the owner of the cited trademark, I am authorized to
make the complaint.

Sincerely,

Elektra
Owner, LETTUCE TURNIP THE BEET® brand

Attachment: signature file (#1 of DMCA)

On Fri, May 24, 2013 at 2:34 AM, Elektra Printz <elektraprintz@gmail.com>wrote:

> Hello Redbubble Legal Team,
>
> You said last week that you had 'removed' all infringing products from
> your site with my mark LETTUCE TURNIP THE BEET®, but I found more
> today.....Here is my second notice. Please, immediately remove the
> infringing products before this holiday weekend, meaning by the end of
> today, Friday, May 24, 2013.
>

**BATES003668**

> 1. I have attached a digital file of my signature.
> 2. I am the owner of the LETTUCE TURNIP THE BEET® trademark ([#4297108](#4297108)).
> 3. Identification of the infringing material:
>
>
> -
> http://www.redbubble.com/people/curtisblack72/works/10211666-lettuce-turnip-the-beet?country_code=US&p=t-shirt&utm_campaign=shopping&utm_medium=google_products&utm_source=google&gclid=CLTjo46OrrcCFcyf4AodNRkAVQ(I
> have class 25 for apparel)
> -
> http://www.redbubble.com/people/curtisblack72/works/10211666-lettuce-turnip-the-beet?p=sticker(I have class 16, which
> includes bumper stickers and other printed matter)
> -
> http://www.redbubble.com/people/lettuceleaf/works/9329810-lettuce-turnip-the-beets(my mark should not be used to sell
> the shirt, even if it is not directly
> printed on the shirt)
>
> 4. Elektra Printz Gorski, 815 W. 181st Street, Apt. 4H, NY, NY
> 10033, cell: 347-376-2367; Owner LETTUCE TURNIP THE BEET® brand
> 5. I believe in good faith that the material cited above is not authorized
> by the intellectual property or copyright owner, its agent, or the law
> 6. I certify under penalty of perjury that the information provided is
> accurate and that as the owner of the cited trademark, I am authorized to
> make the complaint.
>
> Sincerely,
>
> Elektra
> Owner, LETTUCE TURNIP THE BEET® brand
>
> Attachment: signature file ([#1](#1) of DMCA)
>

**Elektra Printz**  May 24, 2013, 12:10

Hello Redbubble Help Team,

Nobody has responded to my DMCA that was sent twice in the past 12 hours.
The infringing products are sill available for sale on your site. Please,
immediately remove the infringing products by the end of today, Friday, May
24, 2013.

1. I have attached a digital file of my signature.
2. I am the owner of the LETTUCE TURNIP THE BEET® trademark ([#4297108](#4297108)).
3. Identification of the infringing material:

-
http://www.redbubble.com/people/curtisblack72/works/10211666-lettuce-turnip-the-beet?country_code=US&p=t-shirt&utm_campaign=shopping&utm_medium=google_products&utm_source=google&gclid=CLTjo46OrrcCFcyf4AodNRkAVQ
(I
have class 25 for apparel)
-
http://www.redbubble.com/people/curtisblack72/works/10211666-lettuce-turnip-the-beet?p=sticker
(I
have class 16, which includes bumper stickers and other printed matter)
-
http://www.redbubble.com/people/lettuceleaf/works/9329810-lettuce-turnip-the-beets
(my
mark should not be used to sell the shirt, even if it is not directly
printed on the shirt)

4. Elektra Printz Gorski, 815 W. 181st Street, Apt. 4H, NY, NY 10033, cell:
347-376-2367; Owner LETTUCE TURNIP THE BEET® brand
5. I believe in good faith that the material cited above is not authorized
by the intellectual property or copyright owner, its agent, or the law
6. I certify under penalty of perjury that the information provided is

BATES003669

accurate and that as the owner of the cited trademark, I am authorized to
make the complaint.

Sincerely,

Elektra
Owner, LETTUCE TURNIP THE BEET® brand

Attachment: signature file (#1 of DMCA), screen shot of 1 infringing item
just moments ago.

On Fri, May 24, 2013 at 1:36 PM, Redbubble Content Team <
tender+dbb0e0c920aaad7075142978e74be820f3e5c4837@tenderapp.com> wrote:

> <http://redbubble.com> ** **<#13ed7f0fc2cc1fa7_13ed79d663a0a2c4_>
> **
>
> Dear Elektra,
>
> Thank you for contacting Redbubble. We are looking into your concerns and
> will be in contact with you again shortly.
>
> Regards,
> Redbubble Content Team
> **
> ©2007-2013, RedBubble Pty. Ltd. All Rights Reserved User Agreement<http://www.redbubble.com/agreement> | Privacy
> Policy <http://www.redbubble.com/privacy>
> 650 Castro St., Suite 120-275 | Mountain View, CA 94041 | USA
>
>

---

**keegan@redbubble.com**  May 24, 2013, 13:50                    Internal note

http://support.redbubble.com/discussions/dmca/57137-ongoing-trademark-infringement-3rd-notice

---

**keegan@redbubble.com**  May 24, 2013, 14:04                    Internal note

The discussion has been closed.

---

Support Software by **Zendesk**

**BATES003670**

## 📗 #108357 ongoing trademark infringement - 3rd notice

| **Submitted** | **Received via** | **Requester** |
|---|---|---|
| May 24, 2013, 12:36 | Web Service | Elektra Printz <elektraprintz@gmail.com> |

| **Status** | **Priority** | **Group** | **Assignee** |
|---|---|---|---|
| Closed | - | Content | Jenny Greenhough |

---

**Elektra Printz**  May 24, 2013, 12:36

Hello Redbubble Legal Team,

Your ad is pulling up first when I search for my brand. I have contacted Google Ads/Trademarks to remove your infringing ad. Please, remove the infringing products immediately. I don't understand why you are taking so long to remove the products.

-Elektra
Owner, LETTUCE TURNIP THE BEET® brand

Attachment: screen shot of infringing Google Ad of infringing product you have been asked to remove 3 times now

On Fri, May 24, 2013 at 3:05 PM, Elektra Printz <elektraprintz@gmail.com>wrote:

> Hello Redbubble Legal Team,
>
> I just checked, and the infringing products are still listed online
> actively for sale....Please, immediately remove the infringing products
> before this holiday weekend, meaning by the end of today, Friday, May 24,
> 2013. I do not want them clouding the Google search results over the long
> holiday weekend! It confuses my customers and I am losing sales due to your
> illegal merchandise.
>
> 1. I have attached a digital file of my signature.
> 2. I am the owner of the LETTUCE TURNIP THE BEET® trademark (#4297108).
> 3. Identification of the infringing material:
>
>
> -
> http://www.redbubble.com/people/curtisblack72/works/10211666-lettuce-turnip-the-beet?country_code=US&p=t-shirt&utm_campaign=shopping&utm_medium=google_products&utm_source=google&gclid=CLTjo46OrrcCFcyf4AodNRkAVQ
> (I
> have class 25 for apparel)
> -
> http://www.redbubble.com/people/curtisblack72/works/10211666-lettuce-turnip-the-beet?p=sticker (I
> have class 16, which includes bumper stickers and other printed matter)
> -
> http://www.redbubble.com/people/lettuceleaf/works/9329810-lettuce-turnip-the-beets (my
> mark should not be used to sell the shirt, even if it is not directly
> printed on the shirt)
>
> 4. Elektra Printz Gorski, 815 W. 181st Street, Apt. 4H, NY, NY
> 10033, cell: 347-376-2367; Owner LETTUCE TURNIP THE BEET® brand
> 5. I believe in good faith that the material cited above is not authorized
> by the intellectual property or copyright owner, its agent, or the law
> 6. I certify under penalty of perjury that the information provided is
> accurate and that as the owner of the cited trademark, I am authorized to
> make the complaint.
>
> Sincerely,
>
> Elektra

BATES003671

> Owner, LETTUCE TURNIP THE BEET® brand
>
> Attachment: signature file (#1 of DMCA)
>
> On Fri, May 24, 2013 at 2:34 AM, Elektra Printz <elektraprintz@gmail.com>wrote:
>
>> Hello Redbubble Legal Team,
>>
>> You said last week that you had 'removed' all infringing products from
>> your site with my mark LETTUCE TURNIP THE BEET®, but I found more
>> today.....Here is my second notice. Please, immediately remove the
>> infringing products before this holiday weekend, meaning by the end of
>> today, Friday, May 24, 2013.
>>
>> 1. I have attached a digital file of my signature.
>> 2. I am the owner of the LETTUCE TURNIP THE BEET®
>> trademark (#4297108).
>> 3. Identification of the infringing material:
>>
>>
>> -
>> http://www.redbubble.com/people/curtisblack72/works/10211666-lettuce-turnip-the-beet?country_code=US&p=t-shirt&utm_campaign=shopping&utm_medium=google_products&utm_source=google&gclid=CLTjo46OrrcCFcyf4AodNRkAVQ(I
have class 25 for apparel)
>> -
>> http://www.redbubble.com/people/curtisblack72/works/10211666-lettuce-turnip-the-beet?p=sticker(I have class 16, which
includes bumper stickers and other printed matter)
>> -
>> http://www.redbubble.com/people/lettuceleaf/works/9329810-lettuce-turnip-the-beets(my mark should not be used to sell
the shirt, even if it is not directly
>> printed on the shirt)
>>
>> 4. Elektra Printz Gorski, 815 W. 181st Street, Apt. 4H, NY, NY
>> 10033, cell: 347-376-2367; Owner LETTUCE TURNIP THE BEET® brand
>> 5. I believe in good faith that the material cited above is not
>> authorized by the intellectual property or copyright owner, its agent, or
>> the law
>> 6. I certify under penalty of perjury that the information provided is
>> accurate and that as the owner of the cited trademark, I am authorized to
>> make the complaint.
>>
>> Sincerely,
>>
>> Elektra
>> Owner, LETTUCE TURNIP THE BEET® brand
>>
>> Attachment: signature file (#1 of DMCA)
>>
>
>

---

**System**  May 24, 2013, 12:36                                                     Internal note

Discussion was added to ¿I.P. queue

---

**keegan@redbubble.com**  May 24, 2013, 13:51                                        Internal note

http://support.redbubble.com/discussions/dmca/57111-ongoing-trademark-infringement-2nd-notice

---

**keegan@redbubble.com**  May 24, 2013, 14:04

Dear Elektra,

We are contacting you in relation to issues you recently raised with us regarding content on the Redbubble website. We've
reviewed the information contained in your complaint and, in accordance with our policy, we've:

- removed the content you've referred to; and
- written to the relevant end user about your complaint and the content we removed.

In most cases, these actions bring the matter to a close.

As you will be aware from reading our [IP/Publicity Rights Policy](http://support.redbubble.com/kb/top20/copyright-trademark-and-dmca), the end user now has the opportunity to send us a "counter notice." A valid counter notice requires, among other things, that the end user declare that they have a "good faith belief that the material was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled." If we receive a valid counter notice from the relevant end user, we will notify you at the email address you provided to us and include the end user?s personal contact information so you can address the matter directly with that individual.

You will then have 14 days in which to take legal proceedings against the end user, in accordance with our policy. If you elect not to do so, after 14 days the end user may contact us and ask that we reinstate the content at issue. If we receive such request and the content otherwise complies with our [User Agreement](http://www.redbubble.com/agreement) and [IP/Publicity Rights Policy](http://support.redbubble.com/kb/top20/copyright-trademark-and-dmca), we may reinstate the content at that time.

Thank you for contacting Redbubble in regards to your concerns.

Regards,
Redbubble Content Team

---

Support Software by **Zendesk**

**BATES003673**

# 📗 #45888 notice of ongoing trademark and copyright infringement - new as of January 14, 2014

| Submitted | Received via | Requester |
|---|---|---|
| January 14, 2014, 13:44 | Web Service | Elektra Printz <elektraprintz@gmail.com> |

| Status | Priority | Group | Assignee |
|---|---|---|---|
| Closed | - | Content | Jenny Greenhough |

---

**Elektra Printz**  January 14, 2014, 13:44

Hello RedBubble Legal Team,

1. I have attached a digital file of my signature.
2. I am the owner of the LETTUCE TURNIP THE BEET® trademark ([#4297108](#)).
I also hold US Copyright Registration: VA0001817452 / 2011-08-29
LETTUCE TURNIP THE BEET design
3. Identification of the infringing material. Please, make sure ALL
products are removed with my LETTUCE TURNIP THE BEET trademark:
http://www.redbubble.com/explore/lettuce+turnip+the+beet

-
http://www.redbubble.com/people/davidayala/works/10785096-lettuce-turnip-the-beet?p=t-shirt
-
http://www.redbubble.com/people/davidayala/works/10785096-lettuce-turnip-the-beet?p=sticker

4. Elektra Printz Gorski, 1104 Regester Avenue, Baltimore, MD 21239, cell:
347-376-2367; Owner LETTUCE TURNIP THE BEET® brand
5. I believe in good faith that the material cited above is not authorized
by the intellectual property or copyright owner, its agent, or the law
6. I certify under penalty of perjury that the information provided is
accurate and that as the owner of the cited copyright/trademark, I am
authorized to make the complaint.

Sincerely,

Elektra
Owner, LETTUCE TURNIP THE BEET® brand

To unsubscribe from this group and stop receiving emails from it, send an email to
dmca+unsubscribe@redbubble.com.

---

**System**  January 14, 2014, 13:44                                     Internal note

Discussion was added to ¿I.P. queue

---

**jamie.michael@redbubble.com**  January 14, 2014, 14:45

Dear Elektra,

We are contacting you in relation to issues you recently raised with us regarding content on the Redbubble
website. We've reviewed the information contained in your complaint and, in accordance with our policy, we've:

- removed the content you've referred to; and
- written to the relevant end user about your complaint and the content we removed.

<b>In most cases, these actions bring the matter to a close.<b>

As you will be aware from reading our [IP/Publicity Rights Policy] (http://support.redbubble.com/kb/top20/copyright-trademark-and-dmca), the end user now has the opportunity to send us a "counter notice." A valid counter notice requires, among other things, that the end user declare that they have a "good faith belief that the material was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled." If we receive a valid counter notice from the relevant end user, we will notify you at the email address you provided to us and include the end user?s personal contact information so you can address the matter directly with that individual.

You will then have 14 days in which to take legal proceedings against the end user, in accordance with our policy. If you elect not to do so, after 14 days the end user may contact us and ask that we reinstate the content at issue. If we receive such request and the content otherwise complies with our [User Agreement] (http://www.redbubble.com/agreement) and [IP/Publicity Rights Policy] (http://support.redbubble.com/kb/top20/copyright-trademark-and-dmca), we may reinstate the content at that time.

Thank you for contacting Redbubble in regards to your concerns.

Regards,
Redbubble Content Team

---

**Elektra Printz**  January 20, 2014, 10:18

Hello RedBubble,

The SAME seller David Ayala has just created ANOTHER copy of my trademark and copyright protected brand! This is the 2nd offense. See the first removal request last week. David is a repeat offender, who you are supporting and allowing to sell counterfeit goods. Please, remove this listing immediately and all related products.

1. I have attached a digital file of my signature.
2. I am the owner of the LETTUCE TURNIP THE BEET® trademark (#4297108). I also hold US Copyright Registration: VA0001817452 / 2011-08-29 LETTUCE TURNIP THE BEET design
3. Identification of the infringing material. Please, make sure ALL products are removed with my LETTUCE TURNIP THE BEET trademark: http://www.redbubble.com/people/davidayala/works/11386551-lettuce-turnip-the-beets

4. Elektra Printz Gorski, 1104 Regester Avenue, Baltimore, MD 21239, cell: 347-376-2367; Owner LETTUCE TURNIP THE BEET® brand
5. I believe in good faith that the material cited above is not authorized by the intellectual property or copyright owner, its agent, or the law
6. I certify under penalty of perjury that the information provided is accurate and that as the owner of the cited copyright/trademark, I am authorized to make the complaint.

Sincerely,
Elektra

---------- Forwarded message ----------
From: Elektra Printz <elektraprintz@gmail.com>
Date: Tue, Jan 14, 2014 at 4:43 PM
Subject: notice of ongoing trademark and copyright infringement - new as of January 14, 2014
To: dmca@redbubble.com

Hello RedBubble Legal Team,

1. I have attached a digital file of my signature.
2. I am the owner of the LETTUCE TURNIP THE BEET® trademark (#4297108). I also hold US Copyright Registration: VA0001817452 / 2011-08-29 LETTUCE TURNIP THE BEET design
3. Identification of the infringing material. Please, make sure ALL

products are removed with my LETTUCE TURNIP THE BEET trademark:
http://www.redbubble.com/explore/lettuce+turnip+the+beet

-
http://www.redbubble.com/people/davidayala/works/10785096-lettuce-turnip-the-beet?p=t-shirt
-
http://www.redbubble.com/people/davidayala/works/10785096-lettuce-turnip-the-beet?p=sticker

4. Elektra Printz Gorski, 1104 Regester Avenue, Baltimore, MD 21239, cell:
347-376-2367; Owner LETTUCE TURNIP THE BEET® brand
5. I believe in good faith that the material cited above is not authorized
by the intellectual property or copyright owner, its agent, or the law
6. I certify under penalty of perjury that the information provided is
accurate and that as the owner of the cited copyright/trademark, I am
authorized to make the complaint.

Sincerely,

Elektra
Owner, LETTUCE TURNIP THE BEET® brand

To unsubscribe from this group and stop receiving emails from it, send an email to
dmca+unsubscribe@redbubble.com.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Ash Mackey**   January 20, 2014, 14:29

Dear Elektra,

We are contacting you in relation to issues you recently raised with us regarding content on the Redbubble
website. We've reviewed the information contained in your complaint and, in accordance with our policy, we've:

- removed the content you've referred to; and
- written to the relevant end user about your complaint and the content we removed.

<b>In most cases, these actions bring the matter to a close.<b>

As you will be aware from reading our IP/Publicity Rights Policy, the end user now has the opportunity to send us
a "counter notice." A valid counter notice requires, among other things, that the end user declare that they have a
"good faith belief that the material was removed or disabled as a result of mistake or misidentification of the
material to be removed or disabled." If we receive a valid counter notice from the relevant end user, we will notify
you at the email address you provided to us and include the end user?s personal contact information so you can
address the matter directly with that individual.

You will then have 14 days in which to take legal proceedings against the end user, in accordance with our policy.
If you elect not to do so, after 14 days the end user may contact us and ask that we reinstate the content at issue.
If we receive such request and the content otherwise complies with our User Agreement and IP/Publicity Rights
Policy, we may reinstate the content at that time.

Thank you for contacting Redbubble in regards to your concerns.

Regards,
Redbubble Content Team

Redbubble Content Team

Support Software by **Zendesk**

# #47314 Notice of Copyright and Trademark Infringement - ongoing as of Jan. 20, 2014

| **Submitted** | **Received via** | **Requester** |
|---|---|---|
| January 20, 2014, 13:50 | Web Service | Elektra Printz <elektraprintz@gmail.com> |

| **Status** | **Priority** | **Group** | **Assignee** |
|---|---|---|---|
| Closed | - | Content | Jenny Greenhough |

**Elektra Printz**  January 20, 2014, 13:50

Hello RedBubble,

This is the 2nd offense for seller David Ayala in less than 10 days. See
the first removal request last week. David is a repeat offender, who you
are supporting and allowing to sell counterfeit goods. Please, remove this
listing immediately and all related products.

1. I have attached a digital file of my signature.
2. I am the owner of the LETTUCE TURNIP THE BEET® trademark (#4297108).
I also hold US Copyright Registration: VA0001817452 / 2011-08-29
LETTUCE TURNIP THE BEET design
3. Identification of the infringing material. Please, make sure ALL
products are removed with my LETTUCE TURNIP THE BEET trademark:
http://www.redbubble.com/people/davidayala/works/11386551-lettuce-turnip-the-beets

4. Elektra Printz Gorski, 1104 Regester Avenue, Baltimore, MD 21239, cell:
347-376-2367; Owner LETTUCE TURNIP THE BEET® brand
5. I believe in good faith that the material cited above is not authorized
by the intellectual property or copyright owner, its agent, or the law
6. I certify under penalty of perjury that the information provided is
accurate and that as the owner of the cited copyright/trademark, I am
authorized to make the complaint.

Sincerely,
Elektra

---------- Forwarded message ----------
From: Elektra Printz <elektraprintz@gmail.com>
Date: Tue, Jan 14, 2014 at 4:43 PM
Subject: notice of ongoing trademark and copyright infringement - new as of
January 14, 2014
To: dmca@redbubble.com

Hello RedBubble Legal Team,

1. I have attached a digital file of my signature.
2. I am the owner of the LETTUCE TURNIP THE BEET® trademark (#4297108).
I also hold US Copyright Registration: VA0001817452 / 2011-08-29
LETTUCE TURNIP THE BEET design
3. Identification of the infringing material. Please, make sure ALL
products are removed with my LETTUCE TURNIP THE BEET trademark:
http://www.redbubble.com/explore/lettuce+turnip+the+beet

-
http://www.redbubble.com/people/davidayala/works/10785096-lettuce-turnip-the-beet?p=t-shirt
-
http://www.redbubble.com/people/davidayala/works/10785096-lettuce-turnip-the-beet?p=sticker

BATES003665

4. Elektra Printz Gorski, 1104 Regester Avenue, Baltimore, MD 21239, cell:
347-376-2367; Owner LETTUCE TURNIP THE BEET® brand
5. I believe in good faith that the material cited above is not authorized
by the intellectual property or copyright owner, its agent, or the law
6. I certify under penalty of perjury that the information provided is
accurate and that as the owner of the cited copyright/trademark, I am
authorized to make the complaint.

Sincerely,

Elektra
Owner, LETTUCE TURNIP THE BEET® brand

To unsubscribe from this group and stop receiving emails from it, send an email to
dmca+unsubscribe@redbubble.com.

---

**System**  January 20, 2014, 13:50                                    Internal note

Discussion was added to ¿I.P. queue

---

**Ash Mackey**  January 20, 2014, 14:32                               Internal note

Discussion here:

http://support.redbubble.com/discussions/dmca/112238-notice-of-ongoing-trademark-and-copyright-infringement-new-as-of-january-14-2014

---

Support Software by **Zendesk**

BATES003666

# #48287 Notice of Copyright and Trademark Infringement - ongoing as of Jan. 27, 2014

| Submitted | Received via | Requester |
|---|---|---|
| January 27, 2014, 19:44 | Web Service | Elektra Printz <elektraprintz@gmail.com> |

| Status | Priority | Group | Assignee |
|---|---|---|---|
| Closed | - | Content | Jenny Greenhough |

---

**Elektra Printz**  January 27, 2014, 19:44

Hello RedBubble,

This is the 2nd infringement in 7 days. You all are not doing enough to
block the use of my trademark on products on your site. Please, remove this
listing immediately and all related products.

1. I have attached a digital file of my signature.
2. I am the owner of the LETTUCE TURNIP THE BEET® trademark (#4297108).
I also hold US Copyright Registration: VA0001817452 / 2011-08-29
LETTUCE TURNIP THE BEET design
3. Identification of the infringing material. Please, make sure ALL
products are removed with my LETTUCE TURNIP THE BEET trademark:
http://www.redbubble.com/people/jaredmcguire/works/11424025-lettuce-turnip-the-beet

4. Elektra Printz Gorski, 1104 Regester Avenue, Baltimore, MD 21239, cell:
347-376-2367; Owner LETTUCE TURNIP THE BEET® brand
5. I believe in good faith that the material cited above is not authorized
by the intellectual property or copyright owner, its agent, or the law
6. I certify under penalty of perjury that the information provided is
accurate and that as the owner of the cited copyright/trademark, I am
authorized to make the complaint.

Sincerely,
Elektra

---------- Forwarded message ----------
From: Elektra Printz <elektraprintz@gmail.com>
Date: Mon, Jan 20, 2014 at 4:50 PM
Subject: Notice of Copyright and Trademark Infringement - ongoing as of
Jan. 20, 2014
To: dmca@redbubble.com

Hello RedBubble,

This is the 2nd offense for seller David Ayala in less than 10 days. See
the first removal request last week. David is a repeat offender, who you
are supporting and allowing to sell counterfeit goods. Please, remove this
listing immediately and all related products.

1. I have attached a digital file of my signature.
2. I am the owner of the LETTUCE TURNIP THE BEET® trademark (#4297108).
I also hold US Copyright Registration: VA0001817452 / 2011-08-29
LETTUCE TURNIP THE BEET design
3. Identification of the infringing material. Please, make sure ALL
products are removed with my LETTUCE TURNIP THE BEET trademark:
http://www.redbubble.com/people/davidayala/works/11386551-lettuce-turnip-the-beets

BATES003678

4. Elektra Printz Gorski, 1104 Regester Avenue, Baltimore, MD 21239, cell:
347-376-2367; Owner LETTUCE TURNIP THE BEET® brand
5. I believe in good faith that the material cited above is not authorized
by the intellectual property or copyright owner, its agent, or the law
6. I certify under penalty of perjury that the information provided is
accurate and that as the owner of the cited copyright/trademark, I am
authorized to make the complaint.

Sincerely,
Elektra

---------- Forwarded message ----------
From: Elektra Printz <elektraprintz@gmail.com>
Date: Tue, Jan 14, 2014 at 4:43 PM
Subject: notice of ongoing trademark and copyright infringement - new as of
January 14, 2014
To: dmca@redbubble.com

Hello RedBubble Legal Team,

1. I have attached a digital file of my signature.
2. I am the owner of the LETTUCE TURNIP THE BEET® trademark (#4297108).
I also hold US Copyright Registration: VA0001817452 / 2011-08-29
LETTUCE TURNIP THE BEET design
3. Identification of the infringing material. Please, make sure ALL
products are removed with my LETTUCE TURNIP THE BEET trademark:
http://www.redbubble.com/explore/lettuce+turnip+the+beet

-
http://www.redbubble.com/people/davidayala/works/10785096-lettuce-turnip-the-beet?p=t-shirt
-
http://www.redbubble.com/people/davidayala/works/10785096-lettuce-turnip-the-beet?p=sticker

4. Elektra Printz Gorski, 1104 Regester Avenue, Baltimore, MD 21239, cell:
347-376-2367; Owner LETTUCE TURNIP THE BEET® brand
5. I believe in good faith that the material cited above is not authorized
by the intellectual property or copyright owner, its agent, or the law
6. I certify under penalty of perjury that the information provided is
accurate and that as the owner of the cited copyright/trademark, I am
authorized to make the complaint.

Sincerely,

Elektra
Owner, LETTUCE TURNIP THE BEET® brand

To unsubscribe from this group and stop receiving emails from it, send an email to
dmca+unsubscribe@redbubble.com.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**System**   January 27, 2014, 19:44                                    Internal note

Discussion was added to ¿I.P. queue

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**keegan@redbubble.com**   January 28, 2014, 11:47

Dear Elektra,

We are contacting you in relation to issues you recently raised with us regarding content on the Redbubble
website. We've reviewed the information contained in your complaint and, in accordance with our policy, we've:

- removed the content you've referred to; and
- written to the relevant end user about your complaint and the content we removed.

<b>In most cases, these actions bring the matter to a close.<b>

As you will be aware from reading our [IP/Publicity Rights Policy] (http://support.redbubble.com/kb/top20/copyright-trademark-and-dmca), the end user now has the opportunity to send us a "counter notice." A valid counter notice requires, among other things, that the end user declare that they have a "good faith belief that the material was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled." If we receive a valid counter notice from the relevant end user, we will notify you at the email address you provided to us and include the end user?s personal contact information so you can address the matter directly with that individual.

You will then have 14 days in which to take legal proceedings against the end user, in accordance with our policy. If you elect not to do so, after 14 days the end user may contact us and ask that we reinstate the content at issue. If we receive such request and the content otherwise complies with our [User Agreement] (http://www.redbubble.com/agreement) and [IP/Publicity Rights Policy] (http://support.redbubble.com/kb/top20/copyright-trademark-and-dmca), we may reinstate the content at that time.

Thank you for contacting Redbubble in regards to your concerns.

Regards,
Redbubble Content Team

---

Support Software by **Zendesk**

BATES003680

# #61835 DMCA - Notice of Copyright and Trademark Infringement - new as of April 9, 2014

| **Submitted** | **Received via** | **Requester** |
|---|---|---|
| April 9, 2014, 21:00 | Web Service | Elektra Printz <elektraprintz@gmail.com> |

| **Status** | **Priority** | **Group** | **Assignee** |
|---|---|---|---|
| Closed | - | Content | Jenny Greenhough |

---

**Elektra Printz**  April 9, 2014, 21:00

Hello RedBubble Legal,

The listings shown are infringing on both my US Copyright and US Trademarks.

1. I have attached a digital file of my signature.
2. I am the owner of the LETTUCE TURNIP THE BEET® trademarks (#4297108, # 4454801) and US Copyright Registration: VA0001817452 / 2011-08-29 that contains the SAME design shown in the links below.
3. Identification of the infringing material. *Please, make sure ALL products are removed that are sold with this design (including stickers, tshirts, hoodies, etc.)*
1.
http://www.redbubble.com/people/baileygrl24/works/11774659-lettuce-turnip-the-beet2

2.
http://www.redbubble.com/people/baileygrl24/works/11774645-lettuce-turnip-the-beet

4. 4. Elektra Printz Gorski, 1104 Regester Avenue, Baltimore, MD 21239, cell: 347-376-2367; Owner LETTUCE TURNIP THE BEET® brand
5. I believe in good faith that the material cited above is not authorized by the intellectual property or copyright owner, its agent, or the law
6. I certify under penalty of perjury that the information provided is accurate and that as the owner of the cited copyright/trademark, I am authorized to make the complaint.

Sincerely,
Elektra

---

**System**  April 9, 2014, 21:00                                    Internal note

Discussion was added to ¿I.P. queue

---

**Jenny Greenhough**  April 10, 2014, 11:00

Dear Elektra,

We are contacting you in relation to issues you recently raised with us regarding content on the Redbubble website. We've reviewed the information contained in your complaint and, in accordance with our policy, we've:

- removed the content you've referred to; and
- written to the relevant end user about your complaint and the content we removed.

<b>In most cases, these actions bring the matter to a close.<b>

As you will be aware from reading our IP/Publicity Rights Policy, the end user now has the opportunity to send us a "counter notice." A valid counter notice requires, among other things, that the end user declare that they have a

BATES003688

CONFIDENTIAL

"good faith belief that the material was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled." If we receive a valid counter notice from the relevant end user, we will notify you at the email address you provided to us and include the end user?s personal contact information so you can address the matter directly with that individual.

You will then have 14 days in which to take legal proceedings against the end user, in accordance with our policy. If you elect not to do so, after 14 days the end user may contact us and ask that we reinstate the content at issue. If we receive such request and the content otherwise complies with our User Agreement and IP/Publicity Rights Policy, we may reinstate the content at that time.

Thank you for contacting Redbubble in regards to your concerns.

Regards,
Redbubble Content Team

Support Software by **Zendesk**

BATES003689

#  #73429 DMCA - June 9, 2014

| **Submitted** | **Received via** | **Requester** |
|---|---|---|
| June 9, 2014, 20:50 | Web Service | Elektra Printz <elektraprintz@gmail.com> |

| **Status** | **Priority** | **Group** | **Assignee** |
|---|---|---|---|
| Closed | - | Content | Jenny Greenhough |

**Elektra Printz**   June 9, 2014, 20:50

Hello RedBubble Legal,

The listings shown are infringing on both my US Copyright and US Trademarks.

1. I have attached a digital file of my signature.
2. I am the owner of the LETTUCE TURNIP THE BEET® trademarks (#4297108, #
4454801) and US Copyright Registration: VA0001817452 / 2011-08-29 that
contains the SAME design shown in the links below.
3. Identification of the infringing material. *Please, make sure ALL
products are removed that are sold with this design (including stickers,
tshirts, hoodies, etc.)*
1.
http://www.redbubble.com/people/alyjuma/works/12001298-lettuce-turnip-the-beet
4. 4. Elektra Printz Gorski, 815 W. 181st St, NY, NY 10033
; Owner LETTUCE TURNIP THE BEET® brand
5. I believe in good faith that the material cited above is not
authorized by the intellectual property or copyright owner, its agent, or
the law
6. I certify under penalty of perjury that the information provided is
accurate and that as the owner of the cited copyright/trademark, I am
authorized to make the complaint.

Sincerely,
Elektra

**System**   June 9, 2014, 20:50                                    Internal note

Discussion was added to ¿I.P. queue

**Ash Mackey**   June 9, 2014, 21:00

Dear Elektra,

We are contacting you in relation to issues you recently raised with us regarding content on the Redbubble
website. We've reviewed the information contained in your complaint and, in accordance with our policy, we've:

- removed the content you've referred to; and
- written to the relevant end user about your complaint and the content we removed.

<b>In most cases, these actions bring the matter to a close.<b>

As you will be aware from reading our IP/Publicity Rights Policy, the end user now has the opportunity to send us
a "counter notice." A valid counter notice requires, among other things, that the end user declare that they have a
"good faith belief that the material was removed or disabled as a result of mistake or misidentification of the
material to be removed or disabled." If we receive a valid counter notice from the relevant end user, we will notify
you at the email address you provided to us and include the end user?s personal contact information so you can
address the matter directly with that individual.

BATES003690

You will then have 14 days in which to take legal proceedings against the end user, in accordance with our policy. If you elect not to do so, after 14 days the end user may contact us and ask that we reinstate the content at issue. If we receive such request and the content otherwise complies with our User Agreement and IP/Publicity Rights Policy, we may reinstate the content at that time.

Thank you for contacting Redbubble in regards to your concerns.

Regards,
Redbubble Content Team

Redbubble Content Team

BATES003691

# 📗 #78774 DMCA - July 14, 2014

| Submitted | Received via | Requester |
|---|---|---|
| July 14, 2014, 17:14 | Web Service | Elektra Printz <elektraprintz@gmail.com> |

| Status | Priority | Group | Assignee |
|---|---|---|---|
| Closed | - | Content | Jenny Greenhough |

---

**Elektra Printz**  July 14, 2014, 17:14

Hello RedBubble Legal,

1. I have attached a digital file of my signature.
2. I am the owner of the LETTUCE TURNIP THE BEET® trademarks (#4297108, #
4454801) and US Copyright Registration: VA0001817452 / 2011-08-29.
3. Identification of the infringing material. ALL PRODUCTS BY THIS
SELLER WITH THIS INFRINGING DESIGN MUST BE REMOVED, INCLUDING THOSE NOT
LISTED BELOW:
1.
http://www.redbubble.com/people/king-luna/works/12266443-lettuce-turnip-the-beet
2.
http://www.redbubble.com/people/king-luna/works/12266443-lettuce-turnip-the-beet?p=greeting-card
3.
http://www.redbubble.com/people/king-luna/works/12266443-lettuce-turnip-the-beet?p=photographic-print
4.
http://www.redbubble.com/people/king-luna/works/12266443-lettuce-turnip-the-beet?p=throw-pillow
5.
http://www.redbubble.com/people/king-luna/works/12266443-lettuce-turnip-the-beet?p=tote-bag
4. 4. Elektra Printz Gorski, 815 W. 181st St, NY, NY 10033
; Owner LETTUCE TURNIP THE BEET® brand
5. I believe in good faith that the material cited above is not
authorized by the intellectual property or copyright owner, its agent, or
the law
6. I certify under penalty of perjury that the information provided is
accurate and that as the owner of the cited copyright/trademark, I am
authorized to make the complaint.

Sincerely,
Elektra

---

**System**  July 14, 2014, 17:14                                    Internal note

Discussion was added to ¿I.P. queue

---

**Ash Mackey**  July 14, 2014, 23:05

Dear Elektra,

We are contacting you in relation to issues you recently raised with us regarding content on the Redbubble
website. We've reviewed the information contained in your complaint and, in accordance with our policy, we've:

- removed the content you've referred to; and
- written to the relevant end user about your complaint and the content we removed.

<b>In most cases, these actions bring the matter to a close.<b>

As you will be aware from reading our IP/Publicity Rights Policy, the end user now has the opportunity to send us
a "counter notice." A valid counter notice requires, among other things, that the end user declare that they have a

"good faith belief that the material was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled." If we receive a valid counter notice from the relevant end user, we will notify you at the email address you provided to us and include the end user?s personal contact information so you can address the matter directly with that individual.

You will then have 14 days in which to take legal proceedings against the end user, in accordance with our policy. If you elect not to do so, after 14 days the end user may contact us and ask that we reinstate the content at issue. If we receive such request and the content otherwise complies with our User Agreement and IP/Publicity Rights Policy, we may reinstate the content at that time.

Thank you for contacting Redbubble in regards to your concerns.

Regards,
Redbubble Content Team

Redbubble Content Team

---

Support Software by **Zendesk**

**BATES003652**

#  #81619 URGENT DMCA - August 7, 2014

| **Submitted** | **Received via** | **Requester** |
|---|---|---|
| August 6, 2014, 23:20 | Web Service | Elektra Printz <elektraprintz@gmail.com> |

| **Status** | **Priority** | **Group** | **Assignee** |
|---|---|---|---|
| Closed | - | Content | Jenny Greenhough |

---

**Elektra Printz**  August 6, 2014, 23:20

Hello RedBubble Legal,

1. I have attached a digital file of my signature.
2. I am the owner of the LETTUCE TURNIP THE BEET® trademarks (#4297108, #
4454801) and US Copyright Registration: VA0001817452 / 2011-08-29.
3. Identification of the infringing material. ALL PRODUCTS BY THIS
SELLER WITH THIS INFRINGING DESIGN MUST BE REMOVED, INCLUDING THOSE NOT
LISTED BELOW:
1.
http://www.redbubble.com/people/bluestubble/works/12400618-lettuce-turnip-the-beet
2.
http://www.redbubble.com/people/bluestubble/works/12400618-lettuce-turnip-the-beet?p=sticker
3.
http://www.redbubble.com/people/bluestubble/works/12400618-lettuce-turnip-the-beet?p=t-shirt
4.
http://www.redbubble.com/people/bluestubble/works/12400614-lettuce-turnip-the-beet
4. 4. Elektra Printz Gorski, 815 W. 181st St, NY, NY 10033
; Owner LETTUCE TURNIP THE BEET® brand
5. I believe in good faith that the material cited above is not
authorized by the intellectual property or copyright owner, its agent, or
the law
6. I certify under penalty of perjury that the information provided is
accurate and that as the owner of the cited copyright/trademark, I am
authorized to make the complaint.

Sincerely,
Elektra

---

**System**  August 6, 2014, 23:20                                                    Internal note

Discussion was added to ¿I.P. queue

---

**keegan@redbubble.com**  August 7, 2014, 13:21

Hi Elektra,

We are contacting you in relation to issues you recently raised with us regarding content on the Redbubble
website. We've reviewed the information contained in your complaint and, in accordance with our policy, we've:

- removed the content you've referred to; and
- written to the relevant end user about your complaint and the content we removed.

<b>In most cases, these actions bring the matter to a close.<b>

As you will be aware from reading our [IP/Publicity Rights Policy]
(http://support.redbubble.com/kb/top20/copyright-trademark-and-dmca), the end user now has the opportunity to
send us a "counter notice." A valid counter notice requires, among other things, that the end user declare that
they have a "good faith belief that the material was removed or disabled as a result of mistake or misidentification

of the material to be removed or disabled." If we receive a valid counter notice from the relevant end user, we will notify you at the email address you provided to us and include the end user?s personal contact information so you can address the matter directly with that individual.

You will then have 14 days in which to take legal proceedings against the end user, in accordance with our policy. If you elect not to do so, after 14 days the end user may contact us and ask that we reinstate the content at issue. If we receive such request and the content otherwise complies with our [User Agreement] (http://www.redbubble.com/agreement) and [IP/Publicity Rights Policy] (http://support.redbubble.com/kb/top20/copyright-trademark-and-dmca), we may reinstate the content at that time.

Thank you for contacting Redbubble in regards to your concerns.

Regards,
Redbubble Content Team

---

Support Software by **Zendesk**

BATES003686

# #81816 Notice of Copyright and Trademark Infringement - August 7, 2014

**Submitted**
August 7, 2014, 10:49

**Received via**
Web Service

**Requester**
Elektra Printz <elektraprintz@gmail.com>

**Status**    **Priority**    **Group**    **Assignee**
Closed        -               Content       Jenny Greenhough

---

**Elektra Printz**  August 7, 2014, 10:49

---------- Forwarded message ----------
From: Elektra Printz <elektraprintz@gmail.com>
Date: Thu, Aug 7, 2014 at 6:20 AM
Subject: URGENT DMCA - August 7, 2014
To: dmca@redbubble.com

Hello RedBubble Legal,

1. I have attached a digital file of my signature.
2. I am the owner of the LETTUCE TURNIP THE BEET® trademarks (#4297108, #
4454801) and US Copyright Registration: VA0001817452 / 2011-08-29.
3. Identification of the infringing material. ALL PRODUCTS BY THIS
SELLER WITH THIS INFRINGING DESIGN MUST BE REMOVED, INCLUDING THOSE NOT
LISTED BELOW:
1.
http://www.redbubble.com/people/bluestubble/works/12400618-lettuce-turnip-the-beet
2.
http://www.redbubble.com/people/bluestubble/works/12400618-lettuce-turnip-the-beet?p=sticker
3.
http://www.redbubble.com/people/bluestubble/works/12400618-lettuce-turnip-the-beet?p=t-shirt
4.
http://www.redbubble.com/people/bluestubble/works/12400614-lettuce-turnip-the-beet
4. 4. Elektra Printz Gorski, 815 W. 181st St, NY, NY 10033
; Owner LETTUCE TURNIP THE BEET® brand
5. I believe in good faith that the material cited above is not
authorized by the intellectual property or copyright owner, its agent, or
the law
6. I certify under penalty of perjury that the information provided is
accurate and that as the owner of the cited copyright/trademark, I am
authorized to make the complaint.

Sincerely,
Elektra

---

**System**  August 7, 2014, 10:49                                    Internal note

Discussion was added to ¿I.P. queue

---

**keegan@redbubble.com**  August 7, 2014, 13:49                        Internal note

http://support.redbubble.com/discussions/content/179868-urgent-dmca-august-7-2014

---

Support Software by **Zendesk**

# #253369 URGENT: Notice of ongoing Copyright and Trademark Infringement - October 27, 2014

| Submitted | Received via | Requester |
|---|---|---|
| October 26, 2014, 21:44 | Web Service | Elektra Printz <elektraprintz@gmail.com> |

| Status | Priority | Group | Assignee |
|---|---|---|---|
| Closed | - | Content | Jenny Greenhough |

**Elektra Printz**  October 26, 2014, 21:44

RE: Notice of ongoing Copyright and Trademark Infringement - October 27, 2014

To Redbubble Owner & Legal Rep:

It has come to my attention that Redbubble has been repeatedly using my registered trademark LETTUCE TURNIP THE BEET® <https://www.etsy.com/shop/coup?ref=si_shop> (US# 4297108, #4454801; AUSTRALIA #1556590; UK# 00003006442; CTM# 012046124) in a manner that is likely to cause serious confusion. I believe, at minimum, that your use violates my rights under various aspects of trademark law, namely trademark infringement and false designation of origin in violation of Section §43(a) of the Lanham Act. Your use threatens to confuse consumers and the marketplace in general, causing substantial harm to my mark and associated good will.

I have been submitting copyright and trademark infringement claims to Redbubble since May 2013, but Redbubble continues to infringe on my rights in multiple countries by selling counterfeit LETTUCE TURNIP THE BEET products in the same online market channels. In fact, this is the 2nd time this month I have had to contact you about your sale of infringing products. Furthermore, the LETTUCE TURNIP THE BEET design currently being sold on products on your site is strikingly similar to my own design protected in US Copyright Registration: VA0001817452 / 2011-08-29.

Required by state and federal US law, I write to demand you cease and desist from any and all use of the LETTUCE TURNIP THE BEET® mark, including products which are confusingly similar to the mark. Accordingly, I demand that you agree to:

1. Immediately cease and desist from all use, sale, distribution, and promotion of the LETTUCE TURNIP THE BEET® mark on all products, including and not limited to all products seen here: http://www.redbubble.com/people/gregwr/works/12894316-turnip-the-beet?p=t-shirt

2. Immediately cease and desist from any and all activities that may indicate, or may be construed to indicate, association with me and my products and services, or that pass off my products or services as being the same as or associated with my products or services; and

3. Remove all related photos of the infringing products on your social media sites, including and not limited to Twitter, Instagram, Facebook, as well as any other online stores, and any brick-and-mortar stores you own or partner with; and

4. Place a *permanent block* on the use of LETTUCE TURNIP THE BEET on your site and all products to prevent future infringement and legal conflicts

BATES003675

with my brand; and

5. Inform me, via email:

a. about the measures that you have taken to comply with this demand; and

b. of your agreement not to use any service marks, trademarks, copyrights, or other materials owned by me without my advance written consent.

I expect your response to confirm your compliance with these demands by Tuesday, October 28, 2014. THIS IS NOT A DMCA, AND YOUR STANDARD LEGAL RESPONSE IS NOT ACCEPTABLE. PLEASE HAVE YOUR LEGAL COUNSEL RESPOND TO EACH AFOREMENTIONED DEMAND IN ITS ENTIRETY.

The information contained herein is not exhaustive of and shall not be construed as a waiver of any of my rights or remedies at law or in equity and I hereby reserve all such rights without prejudice.

Regards,

Elektra Printz Gorski
Owner, LETTUCE TURNIP THE BEET® brand

-----

**Tender Support**  October 26, 2014, 21:44                                   *Internal note*

Discussion was added to ¿I.P. queue

-----

**Ash Mackey**  October 26, 2014, 21:53

Dear Ms Gorski,

Thank-you for contacting Redbubble, we are looking into your concerns and will in contact with you again shortly.

Regards,
Redbubble Content Team.

Regards,
Redbubble Content Team

-----

**Ash Mackey**  October 26, 2014, 21:54                                   *Internal note*

forwarded to Jen/Corina

-----

**Ash Mackey**  October 26, 2014, 22:03                                   *Internal note*

Discussion was added to ¿I.P. - Pending Legal queue

-----

**Ash Mackey**  October 26, 2014, 22:03                                   *Internal note*

Discussion was removed from ¿I.P. queue

-----

**Sonya Corneille**  October 28, 2014, 12:49                                   *Internal note*

Dear Ms. Gorski,

Please see the attached correspondence from Corina Maccarin.

Best,

--
Jen Goldberg
Paralegal, Redbubble

BATES003676

633 Howard Street
San Francisco, CA 94105
415-230-0262
jen.goldberg@redbubble.com

Support Software by **Zendesk**

BATES003677

 **#253991 DMCA - OCTOBER 30. 2014**

| | | |
|---|---|---|
| **Submitted** | **Received via** | **Requester** |
| October 30, 2014, 18:16 | Web Service | Elektra Printz <elektraprintz@gmail.com> |

| **Status** | **Priority** | **Group** | **Assignee** |
|---|---|---|---|
| Closed | - | Content | Jenny Greenhough |

---

**Elektra Printz**  October 30, 2014, 18:16

NOTICE OF TRADEMARK INFRINGEMENT - FALSE ASSOCIATION WITH BRAND

Hello RedBubble Legal,

THIS PRODUCT LISTING USES META TAGS THAT DRAW A FALSE ASSOCIATION WITH MY
TRADEMARK PROTECTED BRAND. REDBUBBLE HAS ALSO PURCHASED AN INFRINGING
GOOGLE SHOPPING AD FOR THIS PARTICULAR DESIGN BEING SOLD ON MANY PRODUCTS.

1. I have attached a digital file of my signature.
2. I am the owner of the LETTUCE TURNIP THE BEET® trademarks (#4297108, #
4454801) and US Copyright Registration: VA0001817452 / 2011-08-29.
3. Identification of the infringing material.
1.
http://www.redbubble.com/people/robotface/works/12467008-funny-saying-olive-a-sweet-beet-lettuce-party?
p=kids-clothes
4. 4. Elektra Printz Gorski, 815 W. 181st St, NY, NY 10033
; Owner LETTUCE TURNIP THE BEET® brand
5. I believe in good faith that the material cited above is not
authorized by the intellectual property or copyright owner, its agent, or
the law
6. I certify under penalty of perjury that the information provided is
accurate and that as the owner of the cited copyright/trademark, I am
authorized to make the complaint.

Sincerely,

Elektra
Owner, LETTUCE TURNIP THE BEET® brand

---

**Tender Support**  October 30, 2014, 18:16                                             *Internal note*

Discussion was added to ¿I.P. queue

---

**keegan@redbubble.com**  October 31, 2014, 16:38

Dear Elektra,

We are contacting you in relation to issues you recently raised with us regarding content on the Redbubble
website. We've reviewed the information contained in your complaint and, in accordance with our policy, we've:

- removed the content you've referred to; and
- written to the relevant end user about your complaint and the content we removed.

<b>In most cases, these actions bring the matter to a close.<b>

As you will be aware from reading our [IP/Publicity Rights Policy]
(http://support.redbubble.com/kb/top20/copyright-trademark-and-dmca), the end user now has the opportunity to
send us a "counter notice." A valid counter notice requires, among other things, that the end user declare that

BATES003681

they have a "good faith belief that the material was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled." If we receive a valid counter notice from the relevant end user, we will notify you at the email address you provided to us and include the end user?s personal contact information so you can address the matter directly with that individual.

You will then have 14 days in which to take legal proceedings against the end user, in accordance with our policy. If you elect not to do so, after 14 days the end user may contact us and ask that we reinstate the content at issue. If we receive such request and the content otherwise complies with our [User Agreement] (http://www.redbubble.com/agreement) and [IP/Publicity Rights Policy] (http://support.redbubble.com/kb/top20/copyright-trademark-and-dmca), we may reinstate the content at that time.

Thank you for contacting Redbubble in regards to your concerns.

Regards,
Redbubble Content Team

---

Support Software by **Zendesk**

**BATES003682**

# #162859 DMCA - Notice of Copyright and Trademark Infringement

| **Submitted** | | **Received via** | **Requester** |
|---|---|---|---|
| November 10, 2014, 01:50 | | Mail | Elektra Printz <elektraprintz@gmail.com> |

| **Status** | **Priority** | **Group** | **Assignee** |
|---|---|---|---|
| Closed | - | Content | Ash Mackey |

---

**Elektra Printz**  November 10, 2014, 01:50

Hello RedBubble Legal,

I have attached a digital file of my signature.
I am the owner of the LETTUCE TURNIP THE BEET® trademarks (#4297108, #4454801) and US Copyright Registration: VA0001817452 / 2011-08-29.

Identification of the infringing material. ALL PRODUCTS BY THIS SELLER WITH THIS INFRINGING DESIGN MUST BE REMOVED:

http://www.redbubble.com/people/emdemapparel/works/12992658-lettuce-turnip-the-beet?p=t-shirt

4. Elektra Printz Gorski, 815 W. 181st St, NY, NY 10033 ; Owner LETTUCE TURNIP THE BEET® brand
I believe in good faith that the material cited above is not authorized by the intellectual property or copyright owner, its agent, or the law
I certify under penalty of perjury that the information provided is accurate and that as the owner of the cited copyright/trademark, I am authorized to make the complaint.

Sincerely,

Elektra

---

**Ash Mackey**  November 10, 2014, 02:50

Dear Ms Gorski,

Dear [NAME],

We are contacting you in relation to issues you recently raised with us regarding content on the Redbubble website. We've reviewed the information contained in your complaint and, in accordance with our policy, we've:

- removed the content you've referred to; and
- written to the relevant end user about your complaint and the content we removed.

**In most cases, these actions bring the matter to a close.**

As you will be aware from reading our IP/Publicity Rights Policy, the end user now has the opportunity to send us a "counter notice." A valid counter notice requires, among other things, that the end user declare that they have a "good faith belief that the material was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled." If we receive a valid counter notice from the relevant end user, we will notify you at the email address you provided to us and include the end user's personal contact information so you can address the matter directly with that individual.

You will then have 14 days in which to take legal proceedings against the end user, in accordance with our policy. If you elect not to do so, after 14 days the end user may contact us and ask that we reinstate the content at issue. If we receive such request and the content otherwise complies with our User Agreement and IP/Publicity Rights Policy, we may reinstate the content at that time.

Thank you for contacting Redbubble in regards to your concerns.

BATES003641

Regards,
Redbubble Content Team

Support Software by **Zendesk**

BATES003642

#  #360679 Notice of Trademark Infringement - Jan. 26, 2014

| Submitted | | Received via | Requester |
|---|---|---|---|
| January 26, 2015, 11:25 | | Mail | Elektra Printz <elektraprintz@gmail.com> |

| Status | Priority | Group | Assignee |
|---|---|---|---|
| Closed | - | Content | Sonya Corneille |

---

**Elektra Printz**  January 26, 2015, 11:25

Hello RedBubble Legal,

I have attached a digital file of my signature.
I am the owner of the LETTUCE TURNIP THE BEET® trademarks ([#4297108](), [#4454801]())

Identification of the infringing material. ALL PRODUCTS BY THIS SELLER WITH THIS INFRINGING DESIGN MUST BE REMOVED:

[http://www.redbubble.com/people/bumblebristle/works/13760949-lettuce-turnip-the-beet?p=greeting-card](http://www.redbubble.com/people/bumblebristle/works/13760949-lettuce-turnip-the-beet?p=greeting-card)

4. Elektra Printz Gorski, 815 W. 181st St, NY, NY 10033 ; Owner LETTUCE TURNIP THE BEET® brand
I believe in good faith that the material cited above is not authorized by the intellectual property or copyright owner, its agent, or the law
I certify under penalty of perjury that the information provided is accurate and that as the owner of the cited trademark, I am authorized to make the complaint.

Sincerely,

Elektra

---

**Sonya Corneille**  January 26, 2015, 13:08                                      Internal note

Corina handling via email.

---

Support Software by **Zendesk**

#  #389727 Notice of Trademark Infringement - Feb. 19, 2015

**Submitted**
February 19, 2015, 20:20

**Received via**
Mail

**Requester**
Elektra Printz <elektraprintz@gmail.com>

**Status** **Priority** **Group** **Assignee**
Closed - Content Ash Mackey

**Content Forms**
Takedown (Valid)

**Elektra Printz**  February 19, 2015, 20:20

Hello RedBubble Legal,

I have attached a digital file of my signature.
I am the owner of the LETTUCE TURNIP THE BEET® trademarks ([#4297108](#), [#4454801](#))

Identification of the infringing material. ALL PRODUCTS BY THIS SELLER WITH THIS INFRINGING DESIGN
MUST BE REMOVED:

[http://www.redbubble.com/people/marthamanges/works/14066656-lettuce-turnip-the-beet?p=sticker](http://www.redbubble.com/people/marthamanges/works/14066656-lettuce-turnip-the-beet?p=sticker)
4. Elektra Printz Gorski, 815 W. 181st St, NY, NY 10033 ; Owner LETTUCE TURNIP THE BEET® brand
I believe in good faith that the material cited above is not authorized by the intellectual property or copyright
owner, its agent, or the law
I certify under penalty of perjury that the information provided is accurate and that as the owner of the cited
trademark, I am authorized to make the complaint.

Sincerely,

Elektra

**Ash Mackey**  February 19, 2015, 21:34

Dear Ms. Gorski,

We are contacting you in relation to issues you recently raised with us regarding content on the Redbubble
website. We've reviewed the information contained in your complaint and, in accordance with our policy, we've:

- removed the content you've referred to; and
- written to the relevant end user about your complaint and the content we removed.

**In most cases, these actions bring the matter to a close.**

As you will be aware from reading our [IP/Publicity Rights Policy](#), the end user now has the opportunity to send us
a "counter notice." A valid counter notice requires, among other things, that the end user declare that they have a
"good faith belief that the material was removed or disabled as a result of mistake or misidentification of the
material to be removed or disabled." If we receive a valid counter notice from the relevant end user, we will notify
you at the email address you provided to us and include the end user's personal contact information so you can
address the matter directly with that individual.

You will then have 14 days in which to take legal proceedings against the end user, in accordance with our policy.
If you elect not to do so, after 14 days the end user may contact us and ask that we reinstate the content at issue.
If we receive such request and the content otherwise complies with our [User Agreement](#) and [IP/Publicity Rights
Policy](#), we may reinstate the content at that time.

Thank you for contacting Redbubble in regards to your concerns.

BATES003663

Regards,
Redbubble Content Team

Support Software by **Zendesk**

BATES003664

#  #1013475 Notice of TM Infringement - January 15, 2016

| **Submitted** | **Received via** | **Requester** |
|---|---|---|
| January 15, 2016, 08:02 | Mail | Elektra Printz <elektraprintz@gmail.com> |

| **Status** | **Priority** | **Group** | **Assignee** |
|---|---|---|---|
| Closed | - | Content | Keegan Helmbrecht |

---

### Content Forms
Takedown (Valid)

---

**Elektra Printz**  January 15, 2016, 08:02

Hello RedBubble Legal,

1. I have attached a digital file of my signature.
2. I am the owner of the LETTUCE TURNIP THE BEET® trademarks (#4297108, #4454801)
3. Identification of the infringing material (remove all related products with the same design)

a. http://www.redbubble.com/people/vegantee/works/20301734-thyme-to-turnip-the-beet?grid_pos=5&p=mens-graphic-t-shirt

4. 4. Elektra Printz Gorski, 815 W. 181st St, NY, NY 10033 ; Owner LETTUCE TURNIP THE BEET® brand
5. I believe in good faith that the material cited above is not authorized by the intellectual property or copyright owner, its agent, or the law
6. I certify under penalty of perjury that the information provided is accurate and that as the owner of the cited trademark, I am authorized to make the complaint.

Sincerely,
Elektra

---

**Keegan Helmbrecht**  January 15, 2016, 14:32

Dear Elektra,

We are contacting you in relation to issues you recently raised with us regarding content on the Redbubble website. We've reviewed the information contained in your complaint and, in accordance with our policy, we've:

- removed the content you've referred to; and
- written to the relevant end user about your complaint and the content we removed.

**In most cases, these actions bring the matter to a close.**

As you will be aware from reading our IP/Publicity Rights Policy, the end user now has the opportunity to send us a "counter notice." A valid counter notice requires, among other things, that the end user declare that they have a "good faith belief that the material was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled." If we receive a valid counter notice from the relevant end user, we will notify you at the email address you provided to us and include the end user's personal contact information so you can address the matter directly with that individual.

You will then have 14 days in which to take legal proceedings against the end user, in accordance with our policy. If you elect not to do so, after 14 days the end user may contact us and ask that we reinstate the content at issue. If we receive such request and the content otherwise complies with our User Agreement and IP/Publicity Rights Policy, we may reinstate the content at that time.

Thank you for contacting Redbubble in regards to your concerns.

Regards,
Redbubble Content Team

Support Software by **Zendesk**

**BATES003656**

#  #1352363 Notice of Trademark Infringement

| **Submitted** | **Received via** | **Requester** |
|---|---|---|
| May 4, 2016, 23:48 | Mail | Elektra Printz <legal@lettuceturnipthebeet.net> |

| **Status** | **Priority** | **Group** | **Assignee** |
|---|---|---|---|
| Closed | - | Content | Ash Mackey |

| **Content Forms** | **Rights Holder/Complainant** | **Trademark** |
|---|---|---|
| Takedown (Valid) | Elektra Printz Gorski | Yes |

**Elektra Printz**  May 4, 2016, 23:48

Hello Redbubble Legal Rep,

1. I have attached a digital file of my signature.
2. I am the owner of the LETTUCE TURNIP THE BEET® trademarks ([#4297108](#), [#4454801](#))
3. Identification of the infringing material: [http://www.redbubble.com/people/sparksgraphics/works/21751029-turnip-the-beet?grid_pos=1&p=t-shirt](http://www.redbubble.com/people/sparksgraphics/works/21751029-turnip-the-beet?grid_pos=1&p=t-shirt) REMOVE ALL 37 PRODUCTS [http://ih0.redbubble.net/image.213755433.1029/flat,800x800,075,f.u3.jpg] <http://www.redbubble.com/people/sparksgraphics/works/21751029-turnip-the-beet?grid_pos=1&p=t-shirt>

Turnip the Beet by SparksGraphics<http://www.redbubble.com/people/sparksgraphics/works/21751029-turnip-the-beet?grid_pos=1&p=t-shirt>
[www.redbubble.com](http://www.redbubble.com)
Available as T-Shirts & Hoodies, Stickers, iPhone Cases, Samsung Galaxy Cases, Posters, Home Decors, Tote Bags, Pouches, Prints, Cards, iPad Cases, Laptop Skins, Drawstring Bags, Laptop Sleeves, and Stationeries

4. . 815 W. 181st St, NY, NY 10033
5. I believe in good faith that the material cited above is not authorized by the intellectual property or copyright owner, its agent, or the law
6. I certify under penalty of perjury that the information provided is accurate and that as the owner of the cited trademark, I am authorized to make the complaint.

Sincerely,
Elektra

---

**Ash Mackey**  May 4, 2016, 23:59

Dear Elektra,

We are contacting you in relation to issues you recently raised with us regarding content on the Redbubble website. We've reviewed the information contained in your complaint and, in accordance with our policy, we've:

- removed the content you've referred to; and
- written to the relevant end user about your complaint and the content we removed.

**In most cases, these actions bring the matter to a close.**

As you will be aware from reading our [IP/Publicity Rights Policy](#), the end user now has the opportunity to send us a "counter notice." A valid counter notice requires, among other things, that the end user declare that they have a "good faith belief that the material was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled." If we receive a valid counter notice from the relevant end user, we will notify you at the email address you provided to us and include the end user's personal contact information so you can address the matter directly with that individual.

You will then have 14 days in which to take legal proceedings against the end user, in accordance with our policy. If you elect not to do so, after 14 days the end user may contact us and ask that they reinstate the content at issue.

If we receive such request and the content otherwise complies with our [User Agreement](User Agreement) and [IP/Publicity Rights Policy](IP/Publicity Rights Policy), we may reinstate the content at that time.

Thank you for contacting Redbubble in regards to your concerns.

Regards,

Ash
Redbubble Content Team

---

Support Software by **Zendesk**

#  #1677547 DMCA - August 11, 2016

| **Submitted** | | **Received via** | **Requester** |
|---|---|---|---|
| August 11, 2016, 06:45 | | Mail | Elektra Printz <elektraprintz@gmail.com> |

| **Status** | **Priority** | **Group** | **Assignee** |
|---|---|---|---|
| Closed | - | Content | Keegan Helmbrecht |

| **Content Forms** | **Rights Holder/Complainant** | **Trademark** |
|---|---|---|
| Takedown (Valid) | Elektra Printz | Yes |

**Elektra Printz**  August 11, 2016, 06:45

Hello Redbubble Legal Rep,

1. I have attached a digital file of my signature.
2. I am the owner of the LETTUCE TURNIP THE BEET® trademarks (#4297108, #4454801)
3. Identification of the infringing material:
http://www.redbubble.com/people/323ejoy/works/22772542-turnip-the-beet?grid_pos=1&p=contrast-tank
4. . 815 W. 181st St, NY, NY 10033 REMOVE ALL 10 PRODUCTS
5. I believe in good faith that the material cited above is not authorized by the intellectual property or copyright owner, its agent, or the law
6. I certify under penalty of perjury that the information provided is accurate and that as the owner of the cited trademark, I am authorized to make the complaint.

Sincerely,
Elektra

---

**Keegan Helmbrecht**  August 11, 2016, 14:02

Dear Elektra,

We are contacting you in relation to issues you recently raised with us regarding content on the Redbubble website. We've reviewed the information contained in your complaint and, in accordance with our policy, we've:

- removed the content you've referred to; and
- written to the relevant end user about your complaint and the content we removed.

**In most cases, these actions bring the matter to a close.**

As you will be aware from reading our IP/Publicity Rights Policy, the end user now has the opportunity to send us a "counter notice." A valid counter notice requires, among other things, that the end user declare that they have a "good faith belief that the material was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled." If we receive a valid counter notice from the relevant end user, we will notify you at the email address you provided to us and include the end user's personal contact information so you can address the matter directly with that individual.

You will then have 14 days in which to take legal proceedings against the end user, in accordance with our policy. If you elect not to do so, after 14 days the end user may contact us and ask that we reinstate the content at issue. If we receive such request and the content otherwise complies with our User Agreement and IP/Publicity Rights Policy, we may reinstate the content at that time.

Thank you for contacting Redbubble in regards to your concerns.

Regards,
Redbubble Content Team

---

BATES003644

 **#1963347 Notice of TM Infringement - Nov. 14, 2016**

| **Submitted** | | **Received via** | **Requester** |
|---|---|---|---|
| November 14, 2016, 11:32 | | Mail | Elektra Printz <legal@lettuceturnipthebeet.net> |

| **Status** | **Priority** | **Group** | **Assignee** |
|---|---|---|---|
| Closed | - | Content | Kate Rickert |

| **Content Forms** | **Rights Holder/Complainant** | **Trademark** |
|---|---|---|
| Takedown (Valid) | ELEKTRA PRINTZ GORSKI | Yes |

**Elektra Printz**  November 14, 2016, 11:32

Hello Redbubble Legal Rep,

1. I have attached a digital file of my signature.

2. I am the owner of the LETTUCE TURNIP THE BEET® trademarks #4454801, 4297108, 5064226, 5064227

3. Identification of the infringing material: use of LETTUCE TURNIP THE BEET® in the product title, description, and meta tags draws a false association with my brand and/or the suggestion of an endorsement or licensing agreement that does not exist: http://www.redbubble.com/people/mrmediadesigns/works/23828291-lettuce-turnip-the-beet?grid_pos=3&p=t-shirt REMOVE ALL 6 PRODUCTS from Redbubble.com. DESIGNER IS ADVISED TO ALSO REMOVED IT IMMEDIATELY FROM HIS PERSONAL WEBSITE.

4. ELEKTRA PRINTZ GORSKI, OWNER/DESIGNER, LETTUCE TURNIP THE BEET®, LEGAL@LETTUCETURNIPTHEBEET.NET<mailto:LEGAL@LETTUCETURNIPTHEBEET.NET>

5. I believe in good faith that the material cited above is not authorized by the intellectual property or copyright owner, its agent, or the law

6. I certify under penalty of perjury that the information provided is accurate and that as the owner of the cited trademark, I am authorized to make the complaint.

Sincerely,
Elektra

Attachment(s):

---

**Kate Rickert**  November 14, 2016, 11:55    *Internal note*

queued for moderation

---

**Kate Rickert**  November 14, 2016, 11:55

Dear Elektra,

We are contacting you in relation to issues you recently raised with us regarding content on the Redbubble website. We've reviewed the information contained in your complaint and, in accordance with our policy, we've:

- removed the content you've referred to; and
- written to the relevant end user about your complaint and the content we removed.

**In most cases, these actions bring the matter to a close.**

As you will be aware from reading our IP/Publicity Rights Policy, the end user now has the opportunity to send us a "counter notice." A valid counter notice requires, among other things, that the end user declare that they have a "good faith belief that the material was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled." If we receive a valid counter notice from the relevant end user, we will notify

BATES003653

you at the email address you provided to us and include the end user's personal contact information so you can address the matter directly with that individual.

You will then have 14 days in which to take legal proceedings against the end user, in accordance with our policy. If you elect not to do so, after 14 days the end user may contact us and ask that we reinstate the content at issue. If we receive such request and the content otherwise complies with our User Agreement and IP/Publicity Rights Policy, we may reinstate the content at that time.

Thank you for contacting Redbubble in regards to your concerns.

Regards,
Redbubble Content Team

Support Software by **Zendesk**

BATES003654

CONFIDENTIAL

#  #2080188 Notice of TM infringement

| **Submitted** | | **Received via** | **Requester** |
|---|---|---|---|
| December 12, 2016, 03:57 | | Mail | Elektra Printz <elektraprintz@gmail.com> |

| **Status** | **Priority** | **Group** | **Assignee** |
|---|---|---|---|
| Closed | - | Content | Kate Rickert |

| **Content Forms** | **Rights Holder/Complainant** | **Trademark** | **Copyright** |
|---|---|---|---|
| Takedown (Valid) | Elektra Gorski | Yes | Yes |

**Elektra Printz**  December 12, 2016, 03:57

1 A physical or electronic signature of a person authorized to act on behalf of the owner of the copyright or other rights that have been allegedly infringed. SEE ATTACHED.

2 Identification of the copyright, trademark or other rights that have been allegedly infringed:
LETTUCE TURNIP THE BEET®: US#4454801, 4297108, 5064226, 5064227

3 The URL or product number(s) used in connection with the sale of the allegedly infringing merchandise: META TAGS ARE DRAWING A FALSE ASSOCIATION WITH MY BRAND THAT DOES NOT EXIST

http://www.redbubble.com/shop/lettuce+turnip+the+beet

4 Your name, address, telephone number and email address. ELEKTRA PRINTZ GORSKI, ,
legal@lettuceturnipthebeet.net

5 I have a good-faith belief that use of the material in the manner complained of is not authorized by me, the rights owner. The information in the notification is accurate and, under penalty of perjury, I am authorized to respond as the owner of the trademarks infringed by you.

---

**Kate Rickert**  December 12, 2016, 13:27                                        Internal note

queued for moderation

---

**Kate Rickert**  December 12, 2016, 13:27

Dear Ms. Gorski,

We are contacting you in relation to issues you recently raised with us regarding content on the Redbubble website. We've reviewed the information contained in your complaint and, in accordance with our policy, we've:

- removed the content you've referred to; and
- written to the relevant end user about your complaint and the content we removed.

**In most cases, these actions bring the matter to a close.**

As you will be aware from reading our IP/Publicity Rights Policy, the end user now has the opportunity to send us a "counter notice." A valid counter notice requires, among other things, that the end user declare that they have a "good faith belief that the material was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled." If we receive a valid counter notice from the relevant end user, we will notify you at the email address you provided to us and include the end user's personal contact information so you can address the matter directly with that individual.

You will then have 14 days in which to take legal proceedings against the end user, in accordance with our policy. If you elect not to do so, after 14 days the end user may contact us and ask that we reinstate the content at issue. If we receive such request and the content otherwise complies with our User Agreement and IP/Publicity Rights Policy, we may reinstate the content at that time.

BATES003645

Thank you for contacting Redbubble in regards to your concerns.

Regards,
Redbubble Content Team

---

Support Software by **Zendesk**

**BATES003646**

# #2112366 Your Infringement, Dilution, and Unfair Competition of Elektra Printz Gorski's Trademarks

| **Submitted** | | **Received via** | **Requester** |
|---|---|---|---|
| December 16, 2016, 18:30 | | Mail | Rodrick Buckner <rodrick@sjscounsel.com> |

| **Status** | **Priority** | **Group** | **Assignee** |
|---|---|---|---|
| Closed | - | Legal | Jen Goldberg |

| **Content Forms** | **No CSAT** | **Rights Holder/Complainant** | **Trademark** |
|---|---|---|---|
| Takedown (Valid) | Yes | Ms. Elektra Printz Gorski | Yes |

**Other IP (Unfair comp/Consumer rights/Passing off)**   **Settlement Demand**
Yes   Yes

---

**Rodrick Buckner**  December 16, 2016, 18:30

Please see attached correspondence. Thank you.

Best,

Rodrick T. Buckner

SJS COUNSEL, APC

5757 Wilshire Boulevard, PH-20

Los Angeles, CA 90036

Tel: 310.271.2800

E-mail: Rodrick@sjscounsel.com

---

**Ash Mackey**  December 18, 2016, 17:10                                          Internal note

PRIVILEGED/CONFIDENTIAL

Jimmy,

Please see attached from representatives of Elektra Printz Gorski, regarding Lettuce Turnip the Beet trademark. I could find no works on the site that referenced the complainant's trademark (including the example provided).

---

**Jen Goldberg**  January 13, 2017, 16:52                                          Internal note

Resp from Legal on 13 January 2017

---

Support Software by **Zendesk**

# 📗 #2620400 Notice of TM Infringement - June 13, 2017

---

| Submitted | Received via | Requester |
|---|---|---|
| June 13, 2017, 09:59 | Mail | Elektra Printz <legal@lettuceturnipthebeet.net> |

| Status | Priority | Group | Assignee |
|---|---|---|---|
| Closed | - | Content | Kate Rickert |

---

| Content Forms | Property | Rights Holder/Complainant | Trademark |
|---|---|---|---|
| Takedown (Valid) | LETTUCE TURNIP THE BEET® | Elektra Printz Gorski | Yes |

---

**Elektra Printz**  June 13, 2017, 09:59

SEE ATTACHED LEGAL NOTICE.

-Elektra

---

**Kate Rickert**  June 13, 2017, 10:44                                    *Internal note*

**work moderated -**

https://www.redbubble.com/people/notsophia/works/26791451-lettuce-turnip-thebeet?grid_pos=1&p=t-shirt&rbs=1cec05e6-1a1b-4c3b-9e15- 5cc6cbe24189&ref=shop_grid&style=mens

---

**Kate Rickert**  June 13, 2017, 10:45

Dear Elektra,

We are contacting you in relation to issues you recently raised with us regarding content on the Redbubble website. We've reviewed the information contained in your complaint and, in accordance with our policy, we've:

- removed the content you've referred to; and
- written to the relevant end user about your complaint and the content we removed.

**In most cases, these actions bring the matter to a close.**

As you will be aware from reading our IP/Publicity Rights Policy, the end user now has the opportunity to send us a "counter notice." A valid counter notice requires, among other things, that the end user declare that they have a "good faith belief that the material was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled." If we receive a valid counter notice from the relevant end user, we will notify you at the email address you provided to us and include the end user's personal contact information so you can address the matter directly with that individual.

You will then have 14 days in which to take legal proceedings against the end user, in accordance with our policy. If you elect not to do so, after 14 days the end user may contact us and ask that we reinstate the content at issue. If we receive such request and the content otherwise complies with our User Agreement and IP/Publicity Rights Policy, we may reinstate the content at that time.

Thank you for contacting Redbubble in regards to your concerns.

Regards,
Redbubble Content Team

---

BATES003647