# Supporting Documentation for Bill of Costs
LTTB v. Redbubble – 3:18-cv-00509-RS

# INVOICE



BARKLEY Court Reporters
10350 Santa Monica Blvd., Suite 200
Los Angeles, CA 90025-6923
Tel 800.222.1231 · Fax 877.844.7333
barkley.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 530270 | 3/13/2019 | 448777 |
| Job Date | Case No. | |
| 2/28/2019 | 3:18-cv-00509-RS | |

| Case Name |
|---|
| LTTB LLC v. Redbubble, Inc |

| Payment Terms |
|---|
| Net 30; Interest @ 1.5%/mo after 30 days |

Joshua Masur, Esq.
Zuber Lawler & Del Duca LLP - (LA)
350 S. Grand Avenue
32nd Floor
Los Angeles CA  90071

Original/Index transcript of deposition of:
   Elektra Printz Gorski                                         2,676.75
Videotape Recording of:
   Elektra Printz Gorski.                                        1,591.25

                      TOTAL DUE  >>>         $4,268.00

This invoice reflects a $200.00 discount due to the late delivery. We value your business.

You are now able to submit your payment on our website.

(-) Payments/Credits:                 200.00
(+) Finance Charges/Debits:             0.00
(=) New Balance:                     4,068.00

Tax ID: 95-3312349                                           Phone: (213) 596-5620    Fax:(213) 596-5621

*Please detach bottom portion and return with payment.*

Joshua Masur, Esq.
Zuber Lawler & Del Duca LLP - (LA)
350 S. Grand Avenue
32nd Floor
Los Angeles CA  90071

Job No.      : 448777                BU ID       : .BCR - SF
Case No.     : 3:18-cv-00509-RS
Case Name    : LTTB LLC v. Redbubble, Inc

Invoice No.  : 530270                Invoice Date : 3/13/2019
**Total Due** : **$4,068.00**

Remit To:   **Barkley Court Reporters**
          **10350 Santa Monica Blvd., Suite 200**
          **Los Angeles CA  90025-6923**

| PAYMENT WITH CREDIT CARD | AMEX / MC / VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date:        Phone#: | |
| Billing Address: | |
| Zip:        Card Security Code: | |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

From: depos@behmke.com
Subject: 3/1/19 Toy 30(b)(6) Transcript Cost
Date: March 15, 2019 at 6:26 PM
To: ken@coastsidelegal.com



Counsel,

The cost for both the digital and hard certified copies of the above-referenced transcript including exhibits is $1,199.11.  Please let our office know if you would like to purchase a copy of the transcript and if so, please notify us that you will have a check ready and we will send it out to you via UPS/COD.  You may also contact our office or fill out the attached authorization form to pay via credit card.  A processing fee of 2.5% will be added to all credit card payments.

If you have any questions, I can be reached at the number below or by email.  Thank you.

Regards,

Francey Behmke
Director of Operations
Behmke Reporting and Video Services, Inc.
Online Nationwide Scheduling
Office: 415.597.5600
Fax: 415.597.5606
Toll Free: 800.335.3376



      

Celebrating over 30 years of quality court reporting, legal video, transcription and trial services!

This message is intended only for the addressee, and may contain information  that is privileged or confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or agent of the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited; and you are asked to notify us immediately by return email, or by telephone at 415.597.5600. Thank you.



CREDIT CARD AUTHORIZATION

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Card Security Code #: _____

Billing Address: _____

Zip: _____ Phone Number: _____

Cardholder's Signature: _____

As of 10.15.2011 – A processing fee of 2.5% will be added to all credit card payments

SAN FRANCISCO – SILICON VALLEY – SAN MATEO – SAN JOSE – SACRAMENTO – SANTA ROSA – NATIONWIDE

160 Spear Street   Suite 300   San Francisco, CA  94105
415.597.5600 tel   800.335.3376 toll free   415.597.5606 fax   behmke.com

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1122 |
| **Date Posted** | 04/18/19 |
| **Check Amount** | $1,199.11 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

4/2/2019                                            Discover Card: Statements

# DISCOVER

JOSHUA M MASUR
Acct. Ending 5850
3 BLU HARBOR BLVD UNIT 130, REDWOOD CITY, CA, 94063-1191
(650)369-4101

## Transaction Details

| Trans. Date | Description | Amount | Category |
|---|---|---|---|
| 02/27/19 | FEDEXOFFICE00000828069 DALLAS TX | $ 413.16 | Services |

### FEDEXOFFICE #0000082

FXO 0082, TX 75024

| | |
|---|---|
| Post Date | Wednesday, February 27, 2019 |
| Transaction Date | Wednesday, February 27, 2019 |
| Merchant Category | QUICK COPY, REPRODUCTION BLUEPR SRVCS |
| Purchase Method | ONLINE |

©2014 Discover Bank, Member FDIC.

4/2/2019                                                              Discover Card: Statements



JOSHUA M MASUR
Acct. Ending 5850
3 BLU HARBOR BLVD UNIT 130, REDWOOD CITY, CA, 94063-1191
(650)369-4101

## Transaction Details

| Trans. Date | Description | Amount | Category |
|---|---|---|---|
| 02/27/19 | FEDEXOFFICE00051821069 REDWOOD CITY CA | $ 244.94 | Services |

### FEDEXOFFICE #0005182

FXO 5182, CA 94062

| | |
|---|---|
| Post Date | Wednesday, February 27, 2019 |
| Transaction Date | Wednesday, February 27, 2019 |
| Merchant Category | QUICK COPY, REPRODUCTION BLUEPR SRVCS |
| Purchase Method | CARD SWIPED |
| Buyer Name | JOSHUA M MASUR |
| Card Used | |

©2014 Discover Bank, Member FDIC.