## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: | Northern District of California

U.S. District Court case number: | 18-cv-00509-RS

Date case was first filed in U.S. District Court: | 01/23/2018

Date of judgment or order you are appealing: | 07/12/2019

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes   ◯ No   ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

LTTB LLC

Is this a cross-appeal?  ◯ Yes   ⦿ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ◯ Yes   ⦿ No

If Yes, what is the prior appeal case number?

Your mailing address:

Skaggs Faucette LLP

One Embarcadero Center, Suite 500

City: | San Francisco | State: | CA | Zip Code: | 94111

Prisoner Inmate or A Number (if applicable):

**Signature** | /s/ Jeffrey E. Faucette | **Date** | Jul 24, 2019

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1** | *Rev. 12/01/2018*