JOSHUA M. MASUR (SBN 203510)
  *jmasur@zuberlaw.com*
**ZUBER LAWLER & DEL DUCA LLP**
2000 Broadway Street, Suite 154
Redwood City, California 94063
Telephone: (650) 434-8538

KENNETH B. WILSON (SBN 130009)
  *ken@coastsidelegal.com*
**COASTSIDE LEGAL**
455 1st Avenue
Half Moon Bay, California 94019
Telephone: (650) 440-4211

Attorneys for Defendant REDBUBBLE INC.


JEFFREY E. FAUCETTE (SBN 193066)
  *jeff@skaggsfaucette.com*
**SKAGGS FAUCETTE LLP**
One Embarcadero Center, Suite 500
San Francisco, California 94111
Telephone: (415) 315-1669

Attorneys for Plaintiff LTTB LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LTTB LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REDBUBBLE INC.,<br><br>　　　　Defendant. | Case No. 3:18-CV-00509-RS<br><br>**STIPULATION AND ORDER RE BRIEFING AND HEARING SCHEDULE ON REDBUBBLE'S MOTION FOR ATTORNEY'S FEES** |

1  Pursuant to N.D. Cal. Civ. L.R. 6-2, Plaintiff LTTB LLC ("LTTB") and Defendant Redbubble Inc. ("Redbubble"), through their respective counsel of record, stipulate as follows:

WHEREAS, the Court issued its Order Denying Plaintiff's Motion for Summary Judgment and Granting Defendant's Motion for Summary Judgment (Dkt. 53) on July 12, 2019 and entered Judgment that same date (Dkt. 54); and

WHEREAS, pursuant to Fed. R. Civ. P. 54(d)(2)(B) and N.D. Cal. Civ. L.R. 54-5(a), prevailing party Redbubble's Motion for Attorney's Fees ("Motion") must be served and filed within 14 days of entry of judgment by the District Court, on or before July 26, 2019; and

WHEREAS, pursuant to N.D. Cal. L.R. 6-2(a)(1), due to calendar conflicts and periods of unavailability of counsel for each of the parties and of the Court, counsel have met and conferred and proposed alternative deadlines for the filing of Redbubble's Motion, LTTB's Opposition, and Redbubble's Reply, contemplating a hearing date that is convenient for both parties and available on this Court's schedule.

THEREFORE, pursuant to N.D. Cal. Civ. L.R. 6-2, the parties respectfully request that the Court adopt the following schedule for briefing and hearing Redbubble's Motion:

| *Deadline* | *Event* |
|---|---|
| August 16, 2019 | Defendant Redbubble to file its motion for attorney's fees |
| September 10, 2019 | Plaintiff LTTB to file its opposition to Redbubble's motion for attorney's fees |
| September 26, 2019 | Defendant Redbubble to file its reply in support of its motion for attorney's fees |
| October 10, 2019 | Hearing on Redbubble's motion for attorney's fees |

Pursuant to N.D. Cal. L.R. 6-2(a)(2), the parties represent that there has been only one previous time modification in the case, specifically with respect to the dispositive motions, on April 26, 2019 (Dkt. 35) and pursuant to N.D. Cal. L.R. 6-2(a)(3), the parties represent that, other than the dates specifically outlined above, they believe that the proposed time modifications will have no effect on the schedule for the case.

Respectfully submitted,

Dated: July 23, 2019  **ZUBER LAWLER & DEL DUCA LLP**
JOSHUA M. MASUR

By: */s/ Joshua M. Masur*
Attorneys for Defendant REDBUBBLE INC.

Dated: July 23, 2019  **SKAGGS FAUCETTE LLP**
JEFFREY E. FAUCETTE

By: */s/ Jeffrey E. Faucette*
Attorneys for Plaintiff LTTB LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2019  By:
United States District Court Judge

## ATTESTATION PURSUANT TO LR 5-1(i)(3)

I, Joshua M. Masur, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER RE BRIEFING AND HEARING SCHEDULE ON REDBUBBLE'S MOTION FOR ATTORNEY'S FEES. I hereby attest that concurrence in the filing of this document has been obtained from the other Signatory.

Dated: July 23, 2019     By:     */s/ Joshua M. Masur*